Exhibit "A"
1 of 2

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

RODRIQUES G. HUGULEY,  )
    PETITIONER,           )
                          )
                          ) CASE NO. CC-95-741
VS.                       )
                          )
STATE OF ALABAMA,         )
    RESPONDENT.           )

## AFFIDAVIT OF DEWAYNE CLARK

I DeWayne Clark, first being duly sworn and deposes on oath that I (DeWayne Clark), can read and write, and competent to testify to the facts contained herein. That I am a defendant in the case of Rodriques Huguley, Case number CC95-741.

I further state that on July 24, 1995, I made a statement to members of the Auburn Police Department, stating that Rodriques and I robbed a hotel, in which he planned the idea, and finished the gun and ski mask for the crime. I DeWayne Clark, also testified at the trial of Rodriques G. Huguley vs. State of Alabama, in which I stated that this act was the idea of Huguley, and not mine.

I DeWayne Clark asserts that I made a false statement concerning the elements of this crime. Rodriques Huguley, knew nothing of this crime, nor my desire to rob the hotel. I learned of this hotel because Rodriques told me where he was going, therefore, I decided to rob it.

I was told by the Auburn Police Department that they wanted Rodriques Huguley, along with several other assertions concerning

Page two (Affidavit of DeWayne P. Clark)

Him. Therefore, being that I was scared, and Rodriques seem to be the perfect scape-goat, I decided to go along with what the police wanted. Rodriques didn't know I was going to rob the hotel, and assumed that if I robbed the place while Rodriques was there, I would gain assistance. Rodriques should not have even known it was me until after I have robbed the hotel. There was no prior plan or conversation concerning myself and Rodriques of a robbery, specifically the hotel.

Auburn Police Department coached me in making and preparing the statement to include Rodriques, in which I stayed with during the trial.

State of Alabama
County of Elmore

Sworn to and subscribed before my hand on this 27th day of November, 1996.

_____
DeWayne P. Clark

_____
Notary Public

My commission expires: 4-28-98