IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | Exhibit "B" |
| Plaintiff, | * | 1 of 1 |
| vs. | * | CASE NUMBER: CC-95-741 |
| RODRIQUES G. HUGULEY, | * | |
| Defendant. | * | |

## ORDER

This matter is again before the Court on the Defendant's Rule 32 Petition and the State's Response thereto filed on March 15, 2006. This is the Defendant's fourth (4th) Rule 32 Petition stating the same or similar grounds which have been dismissed by the Court previously and affirmed by the Alabama Court of Criminal Appeals. The Court has again reviewed the grounds stated and finds that there is no merit. The Court DENIES the request of the State to tax costs against the Defendant but the continuous filing of the same Rule 32 Petition in the future may cause sanctions be imposed upon the Defendant.

_____
John V. Denson, II
Circuit Judge

cc:   Nick Abbett/Kisha Allen Abercrombie
      Rodrigues Huguley
      AIS #: 184418
      Atmore Work Center
      9947 Highway 21, North
      Atmore, Alabama 36503

FILED
MAR 2 0 2006
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK