IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RODRIGUES HUGULEY, #184418,       )
                                  )
        Petitioner,               )
                                  )
    v.                            )   CIVIL ACTION NO. 3:06-CV-333-WKW
                                  )
SYLVESTER FOLKS, et al.,          )
                                  )
        Respondents.              )

**O R D E R**

Rodrigues Huguley ["Huguley"], a state inmate, filed a petition under 28 U.S.C. § 2254 challenging a murder conviction imposed upon him by the Circuit Court of Montgomery County, Alabama.  However, Huguley did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee.  In light of the foregoing, it is

ORDERED that on or before May 1, 2006 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Atmore Work Center showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee.

To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma*

*pauperis* before this court.

Done this 17th day of April, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE