| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Givner_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>Givner | C. Date of Delivery<br>4/28/06 |
| 1. Article Addressed to:<br><br>Troy King<br>Attorney General's Office<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130-0152<br><br>3:06cv333-WKW | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>5/15/06 | |
| | 3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)     ☐ Yes | |
| 2. Article Number<br>   (Transfer from s   7005 1820 0002 3461 1062 | | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540