THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 MAY 17  P 4: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RODRIGUES HUGULEY,  )
AIS #184418,  )

      Petitioner,  )

          )  CASE NO. 3.06-CV-333-WKW

vs.  )
          )

WARDEN SYLVESTER FOLKS,  )
THE ATTORNEY GENERAL FOR  )
THE STATE OF ALABAMA, *et al.*  )
          )

      Respondents.  )

**MOTION FOR EXTENSION OF TIME
IN WHICH TO ANSWER**

Come now the Respondents in the above-styled cause, by and through the

Attorney General for the State of Alabama, and move this Honorable Court for an

order granting an additional 21 days within which to file their response to this

Court's order entered April 24, 2006.  In this case, Huguley petitions for reversal

of his 1995 first-degree robbery conviction.

As grounds therefor, the Respondents set out that, because there was a delay

in securing necessary state files and transcripts, and, most importantly, because of

an unusual amount of work on other pending state and federal cases, including but

not limited to, two state appellate court rehearing applications, three other federal

habeas corpus petitions, and two state court direct or Rule 32 petition-related appeals, the undersigned will not be able to respond by the current due date of May 15, 2006.  Therefore, a three-week extension of time to June 5, 2006 is needed in order to prepare a thorough response to this Court's April 24, 2006 order.

Respectfully submitted,

Troy King – KIN047
*Attorney General*


Hense R. Ellis II – ASB-I61H
*Deputy Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 17, 2006, I served a copy of the foregoing on the Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

Rodrigues Huguley
AIS #184418
Atmore Work Center
9947 Highway 21 North
Atmore, AL 36503

_Hense R Ellis II_
Hense R. Ellis II
Deputy Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300; *(334) 549-3408
/DANSBY, JACOB
94484-001