IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, #184418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) |
| SYLVESTER FOLKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the answer filed by the respondents on June 6, 2006, and for good cause, it is

ORDERED that on or before June 19, 2006 the respondents shall file a supplement to their answer which (I) advises the court of the date on which the petitioner filed his first Rule 32 petition, (ii) the date the trial court denied such petition, and (iii) contains copies of all state court records relevant to this initial Rule 32 petition, including the petition, the case action summary sheet relevant to such petition and the order denying the petition.

Done this 8th day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE