# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

RECEIVED

2006 JUN -9 P 3: 00

RODRIGUES HUGULEY,          )
AIS #184418,                )
                            )
        Petitioner,         )
                            )
                            )   C.V. NO. 3.06-CV-333-WKW
vs.                         )
                            )
WARDEN SYLVESTER FOLKS, &   )
THE ATTORNEY GENERAL FOR    )
THE STATE OF ALABAMA,       )
                            )
        Respondents.        )

## SUBMISSION OF EXHIBITS

Come the Respondents and submit the following exhibits in support of their

Answer to the Court's Order to Show Cause which was conventionally filed on

June 6, 2006.

| | |
|---|---|
| Exhibit A | Lee County Circuit Court Clerk's record of Huguley's conviction; |
| Exhibit B | Alabama Court of Criminal Appeals affirmance of Huguley's conviction; |
| Exhibit C | Certificate of Judgment regarding Huguley's direct appeal; |
| Exhibit D | Lee County Circuit Court Clerk's record of Huguley's Rule 32 petition proceedings; |

Exhibit E          Alabama Court of Criminal Appeals affirmance of the denial of
                   Huguley's Rule 32 petition;

Exhibit F          Certificate of Judgment regarding Huguley's Rule 32 petition
                   dismissal.

The Answer was mailed to the Petitioner on June 6, 2006.

Done this 9th day of June, 2006.

Respectfully submitted,


Troy King
*Attorney General*
By:

*Hense R. Ellis II*

Hense R. Ellis II (IDELLI9296)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this _8th_ day of June, 2006, I did serve a copy of the

foregoing on the following, by placing the same in the United States Mail, postage

prepaid and properly addressed as follows:

> Rodrigues Huguley
> AIS #184418
> Atmore Work Release Facility
> 9947 Highway 21, North
> Atmore, AL 36503


> _Hense R. Ellis II_
> Hense R. Ellis II
> Deputy Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
141377/HUGUEY
94484-001