VOLUME 1 OF 11

COURT OF CRIMINAL APPEALS NO. _____

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

## FROM

CIRCUIT COURT OF ____LEE_____ COUNTY, ALABAMA

CIRCUIT COURT NO. __CC 95 741_____

CIRCUIT JUDGE __HON ROBERT M HARPER_____

Type of Conviction / Order Appealed From: __ROBBERY I_____

Sentence Imposed: __22 YEARS IN PENITENTIARY AND COSTS_____

Defendant Indigent: ☐ YES ☒ NO

RODRIQUES G HUGULEY
_____

**NAME OF APPELLANT**

CHARLES S CONLEY
(Appellant's Attorney)                    (Telephone No.)
315 SOUTH BAINBRIDGE ST
(Address)
MONTGOMERY    AL    36104
(City)         (State)        (Zip Code)

**V.**

## STATE OF ALABAMA

**NAME OF APPELLEE**

(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____

_____

(For Court of Criminal Appeals Use Only)

Exhibit A

# I N D E X

CASE ACTION SUMMARY ------------------------------------------------- 002

INDICTMENT ---------------------------------------------------------- 005

DISCOVERY ORDER ----------------------------------------------------- 006

REQUEST OF DEFFENDANT FOR PRODUCTION BY STATE ----------------------- 007

MOTION FOR CONTTINUANCE --------------------------------------------- 010

WRITTEN REQUESTT FOR DISCOVERY -------------------------------------- 012

STRIKE LIST --------------------------------------------------------- 013

DEFENDANT'S REEQUESTED JURY CHARGE #1 ------------------------------- 016

LIST OF ADMITTIED EVIDENCE ------------------------------------------ 017

STATE'S EXHIBIIT NO. 1 - NO. 27 ------------------------------------- 018

ORDER --------------------------------------------------------------- 045

MOTION FOR NEW TRIAL ------------------------------------------------ 046

ORDER --------------------------------------------------------------- 048

NOTICE OF APPEEAL --------------------------------------------------- 049

MOTION FOR EXTTENSION OF TIME --------------------------------------- 051

CLERK'S CERTIFFICATE OF COMPLETION ---------------------------------- 052

CS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY                    CASE: CC 95 000741. 00
CIRCUIT CRIMINAL

JUDGE: RMH

' THE CIRCUIT COURT OF   LEE   COUNTY
1. E OF ALABAMA              VS    HUGULEY RODRIGUES G
                                   7308 CO RD 82
ASE: CC 95 000741. 00              LANETT, AL  36863 0000

OB: 07/06/77   RACE: B SEX:  M        HT:  0 00  WT: 000  HR:          EYE:
SN:257332906   ALIAS NAMES:

HARGE1:ROBBERY 1ST                 CODE1:  ROB1 LIT:ROBBERY I       TYPE:F
HARGE2:                            CODE2:                           TYPE:
HARGE3:                            CODE3:                           TYPE:
ORE?:      OFFENSE DATE:           AGENCY/OFFICER: MAPD    REGISTE

DATE WAR/CAP ISS:                  DATE ARRESTED: 07/24/95
DATE    INDICTED: 07/28/95         DATE    FILED: 08/02/95
DATE    RELEASED:                  DATE  HEARING:
        BOND AMOUNT:    $100,000.00                 SURETIES:

DATE 1: 08/10/95 DESC:  ARRG       TIME:   0900 A
DATE 2: 08/25/95 DESC:  TRAL       TIME:   0900 A
DEF/ATY: Gillen waters,     ~R     TYPE:                          TYPE:
PROSECUTOR: MYERS, RONALD L

OTH CSE: 0000000000    CHK/TICKET NO:                  GRAND JURY: 245
COURT REPORTER              SID NO: 000000000
DEF STATUS: BOND        DEMAND:                        OPID: LEW

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 8-2-95 | DISCOVERY ORDER |
| 8-4-95 | NOTICE OF ARRAIGNMENT TO DEFENDANT AND SURETIES |
| 8-10-95 | On this day the defendant, with his attorney. Hon. makes application for Youthful Offender Treatment. Hearing on said application is hereby set for August 11 1995, at 9:00 A. M. |
| 8-11-95 | After investigation and examination of the defendant by this Court, defendant's application of Youthful Offender Treatment is hereby denied |
|  | The Defendant in open court accompanied by attorney of record, and being duly arraigned does plead not guilty. The Defendant is granted five (5) days to file motions or special pleas. This case is set for trial on the 25 day of August 19 95, at 9:00 A. M. Pending trial, defendant is remanded to jail/released on present bond. |
| 8-11-95 | Motion for Continuance |
| 8-11-95 | Request of Defendant for Production by State |
| 8-15-95 | STATE'S MOTION FOR DISCOVERY |

| State of Alabama<br>Unified Judicial System<br><br>Form C-7  Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br><br>CC 95-741<br><hr>ID    YR    Number |
|---|---|---|

Style:

State v. Rodriques G. Huguley

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGEMENTS, CASE NOTES |
|---|---|
| 8-29-95 | Defendant having been arraigned upon an indictment on a charge of Robbery I _____ and having plead not guilty, issue joined upon plea. Trial of this cause was conducted on the ___29th___ day of ___August___, 19 95 , said jurors do say:<br><br>We, the jury, find the Defendant, Rodriques Huguley, guilty of Robbery I as charged in the indictment.<br>Kyle R. Hildreth, Foreman*<br>It is the judgment of the Court that Defendant is guilty and sentencing hearing is set for October 26, 1995, at 8:00 A.M.  Defendant is remanded to jail until date of such hearing.<br><br>FILED SEP 05 '95 IN OFFICE |
| 9-28-95 | Order that the hearing in this case is continued to November 2, 1995, at 8:00 a. |
| 11/2/95 | Defendant's Application for Probation is denied.<br><br>It is the sentence of the Court that the Defendant be imprisoned in the penitentiary of the State of Alabama for a term of ___2-2___ years on which he is given credit for ___6 00___ days in pretrial confinement; pay a fine in the amount of $ ___-___ ; pay court costs; reimburse fees for court-appointed counsel in the amount of $ _____ ; pay restitution of $ ___-___ to the Circuit Clerk; pay a Victim Compensation Assessment (Section 15-23-17) in the amount of $ ___50.00___ .  All payments shall be paid by _____ $50.00 per month as a condition of release at time of release.<br><br>THIS DEFENDANT IS NOT ELIGIBLE FOR CLASS I STATUS UNDER SECTION 14-9-41, CODE OF ALABAMA 1975.  THIS OFFENSE DID/DID NOT OCCUR ON OR AFTER MAY 19, 1980.<br>FILED NOV 07 '95 IN OFFICE |
| 11-8-95 | Prison transcript |
| 11-13-95 | Motion for New Trial |
| 11-16-95 | Order Denying Motion for New Trial |
| | C    104 |
| 12-27-95 | Notice of Appeal |
| 12-27-95 | Notice of Appeal to the Alabama Court of Criminal Appeals |
| 1-11-96 | Docketing Statement -- Reporter's Transcript order |

Case 3.06-cv-00333-WKW-WC    Document 11-2    Filed 06/09/2006    Page 5 of 98

# CASE ACTION SUMMARY
## CONTINUATION

Case Number

CC95-741 _____

Style:

State vs. Rodriques G. Huguley

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-15-96 | Motion for Extension of Time -- Order Granting 28 day extension. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

└ 005

Vol 059 PG 15

CC95-741

INDICTMENT

# THE STATE OF ALABAMA, LEE COUNTY

Circuit Court, _____ Summer _____ Term, 19<u>95</u>

The Grand Jury of said County charge that before the finding of this Indictment _____

Rodrigues G. Huguley, alias Rodregues Gomez Huguley, alias Rock, alias Dokie, whose

true christian name is otherwise unknown to the Grand Jury, did, in the course of

committing a theft of lawful paper currency of the United States of America, the

exact denominations of which are unknown to the Grand Jury, the property of Heart of

Auburn Motel Corporation, a corporation, use force or threaten the imminent use of

force against the person of Harry Carpenter, with intent to overcome his physical

resistance or physical power of resistance or to compel acquiescence to the taking

of or escaping with the said property, while the said Rodrigues G. Huguley, or

another participant to-wit: Dewayne P. Clark, alias, was armed with a deadly

weapon or dangerous instrument, to-wit: a pistol, in violation of §13A-8-41 of the

Code of Alabama,

against the peace and dignity of the State of Alabama.

_Ronald L Myers_

District Attorney of the 37th Judicial Circuit

Sec. 15-8-150, Code 1975.

SID#

DOA 07/24/95

No. CC95-241

**THE STATE OF ALABAMA**

**LEE COUNTY**

**CIRCUIT COURT**

_____ Summer _____ Term, 19 95

THE STATE
vs.

Rodrigues G. Huguley, alias

Rodregues Gomez Huguley, alias

Rock, alias

Ookie

**INDICTMENT**

Robbery First Degree

§13A-8-41

No Prosecutor

WITNESSES:
Cpl. Paul Register, APD
Sgt. William Ramsey, APD
Off. M.K. Horge, APD
Off. M. L. Ricks, APD
Off. J.H. Hillyer, APD
Off. Brian Boetig, APD
Harry Carpenter, 233 W. Glenn Ave., Apt #10, Auburn, AL
Billy Asberry, 106 2nd St., NE Lafayette, AL
Beth Fisk, 314 S. Lafayette St., Lafayette, AL
Ken Wesson, c/o Heart of Auburn, 363 South College St., Auburn, AL
Dewayne Clakrk, 1366 County Rd 261 Five Pts., AL

Sec. 15-8-70, Code 1975.

Grand Jury No. 245

A TRUE BILL:

_____
Foreman Grand Jury

Filed in open Court on the 28th day of
in the presence of the Grand Jury.

July , 19 95
_____
Clerk

Presented to the presiding Judge in open
Court by the Foreman of the Grand Jury, in the
presence of ____17____ other
Grand Jurors, and filed by order of Court this
28th day of July , 19 95
_____
Clerk

Bail fixed at $ 100,000.00
this 1st day of Aug , 19 95
_____
Judge Presiding

**HARPER**

Service of Copy of Indictment and List of Jurors on De-
fendant in Capital Case. Sec. 12-16-190, Code 1975.

**THE STATE OF ALABAMA**
_____ COUNTY

Circuit Court, _____ Term, 19 ___

To the Sheriff of said County:
I hereby certify that this is a true and com-
plete copy of the Indictment presented to the
Court by the Grand Jury of said County.

against _____

charged with _____
together with all endorsements on said Indict-
ment, and that the trial is set for _____

19 ___ , and you will serve this copy of In-
dictment on _____

or _____
his counsel.

Witness my hand, this ___ ___ 19 ___
_____ Clerk

I hereby certify that I have received above
stated copy of Indictment from the Circuit
Court Clerk of said County, and served same

on _____

at ___ o'clock ___ M., ___ , 19 ___
_____ , Sheriff

_____ , D.S.

006

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA.,                    *
                                      *
v.                                    *     CASE NO. CC __95 741_____
                                      *
__Rodrigues G Huguley_____,          *
                                      *
          Defendant.                  *

### DISCOVERY ORDER

The State and Defense are hereby ordered to comply with the Discovery provisions as set forth in Rule 16, Alabama Rules of Criminal Procedure, without necessity for the filing of specific discovery motions as follows:

1.  Upon written request of either the State or Defense, directed to the other, the parties shall make available to each other all Discovery as provided in Rule 16.

2.  Said written requests shall be served on the opposing party, and a copy filed with the Circuit Clerk, a reasonable time prior to the scheduled trial of this case.

3.  Upon receipt of such written request, the party upon whom such request is made shall comply with same a reasonable time prior to the scheduled trial of this case.

4.  Any disagreements between the parties concerning the discovery matters are to be submitted to the Court for resolution upon written motion of either party a reasonable time prior to trial.

Done and Ordered this __2nd__ day of __August_____, 19_95_.


_____          _____
James T. Gullage, Circuit Judge     Robert M. Harper, Circuit Judge

007

IN THE CIRCUIT COURT OF LEE COUNTY
AT OPELIKA, ALABAMA

AUG 1 1 1995

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

| STATE OF ALABAMA | ) | |
| | ) | |
| VS. | ) | CASE NO. CC-95-741 |
| | ) | |
| RODRIQUES HUGULEY | ) | |
| DEFENDANT | ) | |

## REQUEST OF DEFENDANT FOR PRODUCTION BY STATE

Defendant, RODRIQUES HUGULEY, hereby requests the State of Alabama:

1.    To produce and permit the defendant to inspect and copy any written or recorded statements made by the defendant to any law enforcement officer, official or employee which are within the possession, custody, or control of the State of Alabama, the existence of which is known to the district attorney.

2.    To produce and permit the defendant to inspect and copy any written or recorded statements made by a co-defendant or accomplice, which is in the possession, custody or control of the State, the existence of which is known to the district attorney and which the State intends to offer into evidence at trial.

3.    To disclose the defendant the substance of any oral statement made by the defendant before or after to any law enforcement officer, official or employee which the State intends to offer into evidence at trial.

4.    To disclose to the defendant the substance of any oral statements made by a co-defendant or accomplice before or after arrest to a law enforcement officer, official or employee, which the State intends to offer into evidence.

ı   008

5.    To produce and to permit the defendant to analyze, inspect, and copy or photograph each of the following which are within the possession, custody or control of the State and which are material to the defendant's defense:    books, documents, photographs, objects, and controlled substances.

6    To produce and to permit the defendant to analyze, inspect, and copy or photograph each of the following which re within the possession, custody or control of the State and which are intended for use by the State as evidence at trial:    books, documents, photographs, objects, and controlled substances.

7.    To produce and to permit the defendant to analyze, inspect, and copy or photograph each of the following which re within the possession, custody or control of the State and which were obtained from or belonged to the defendant:  books, documents, photographs, objects, and controlled substances.

8.    To produce and permit the defendant to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the defendant or any evidence in this case.

9.    To provide and permit the defendant to inspect and copy the following results or reports made in connection with this case, which are within the possession, custody or control of the State, and whose existence is known to the district attorney:  Physical or mental examinations and scientific tests, experiments or comparisons, including all written reports or statements made by an appointed mental health professional in connection with the case.

10.    To permit the defendant to enter _____

_____ .

Inspection of these premises and objects is requested because they are material to the preparation of the defendant's defense or are intended for use by the State as evidence at trial.

DONE this the 10th day of August, 1995.

Respectfully submitted,

CHARLES R. GILLENWATERS - GIL002
Attorney for Defendant

Counsel's Address:

126 Marshall Street
Alexander City, AL 35010
(205) 234-5018

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to: RON MYER, DISTRICT ATTORNEY FOR LEE COUNTY, BOX 2524, OPELIKA, ALABAMA 36803, on this the 10th day of August, 1995.

Of Counsel

010

IN THE CIRCUIT COURT OF LEE COUNTY
AT OPELIKA

FILED

AUG 1 1 1995

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

STATE OF ALABAMA,           )
                            )
        Plaintiff,          )
                            )
VS.                         )         CASE NO: CC-95-741
                            )
RODRIQUES HUGULEY,          )
                            )
        Defendant.          )

## MOTION FOR CONTINUANCE

COMES NOW Charles R. Gillenwaters, Attorney for the Defendant, RODRIQUES HUGULEY, and respectfully request a Continuance in the above-styled matter. In support of said Motion, the Defendant offers the following:

1. Defendant's attorney, Charles R. Gillenwaters, has a previously scheduled capital murder trial, State v. Shontai Smith, in Dadeville, Alabama, before Judge Dale Segrest, scheduled the week of August 28, 1995.

2. Further, the alleged incident occurred on July 25, 1995, and the Defendant was arrested that same time.

3. Defendant's attorney has not had sufficient time between the incident and date trial is set to investigate the case and properly prepare for trial, particularly in light of the fact he has to represent another defendant in the capital murder case.

DONE this the 11th day of August, 1995.

_____
Charles R. Gillenwaters - GIL002
Attorney for Defendant

ι  011

**Counsel's Address:**

126 Marshall Street
Alexander City, Alabama  35010
205-234-5018

### Certificate of Service

I hereby certify that I have served a copy of the foregoing document on Ron Myer, District Attorney for Lee County, Box 2524, Opelika, Alabama 36803, by sending a copy of same by first class U.S. Mail, postage prepaid on this the 11th day of August, 1995.

Of Counsel

ᘰ 012

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT |
| | * | |
| PLAINTIFF, | * | LEE COUNTY, ALABAMA |
| | * | |
| VS. | * | |
| | * | |
| Rodrigues G. Huguley, alias | * | |
| | * | |
| DEFENDANT. | * | CASE NO. CC-95-741 |

## WRITTEN REQUEST FOR DISCOVERY

COMES NOW, the State of Alabama, by and through its Chief Assistant District Attorney, Nick Abbett, and by this document, makes written request of the defendant for all items of discovery as provided by Alabama Rules of Criminal Procedures, Rule 16.

DONE this date, August 15, 1995.

*[signature]*

Nick Abbett
**Chief Assistant District Attorney**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Written Request for Discovery upon the attorney for the defendant, Rodrigues G. Huguley, alias, that being the Honorable Charles Gillenwaters, 103 Marshall St., Alex City, AL 35010, by placing a copy of the same in the U. S. Mail postage prepaid, on this the 15th day of August, 1995.

*[signature]*

Nick Abbett
**Chief Assistant District Attorney**

FILED
AUG 1 5 1995
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

# STRIKE LIST

## For the Week of August 28, 1995

i    013

1. ~~Joseph H. Aderholdt~~ D
2. ~~William W. Arthur~~ S
3. ~~Karen A. Brady~~
4. ~~Berlin R. Brown~~
5. ~~Gary D. Burch~~ S
6. ~~Scott J. Chandler~~ S
7. ~~Dennis L. Collier~~ excused
8. ~~Jean M. Coon~~
9. ~~Coote III Cole~~
10. ~~Christine O. Cummins~~
11. ~~Helen B. Donald~~
12. ~~Orlie H. Edwards~~
13. Bill English, Jr.
14. Mark Ferguson
15. Ellis M. Fetner
16. ~~William D. Fuller~~
17. ~~Anita Jean Gdula~~
18. ~~Michael D. Gray~~
19. ~~Ronald Green~~ excused
20. ~~Michael D. Guy~~
21. ~~Cathy Hawkins~~
22. ~~Cathy Hawkins~~
23. ~~Mary M. Howard~~
24. ~~Kyle R. Hildreth~~
25. ~~Derek J. Howard~~ S
26. ~~Tyce B. Howard~~
27. ~~Barry D. Jones, PI~~
28. ~~Terri W. Lamb~~
29. ~~Vikki E. Lambert~~

30. ~~Toni L. Lazzara~~
31. ~~James D. Leonard~~
32. ~~Robert F. Lumpkin, Sr.~~ D
33. Zanetta O. McCoy
34. ~~Stephen L. McFarland~~ excused
35. ~~William A. McMillan~~
36. Cheryl E. Morgan
37. ~~Joyce Newman~~
38. ~~Stacey D. Otts~~
39. ~~John B. Newman~~
40. ~~Gloria R. Pearce~~
41. Walter L. Pierce
42. ~~Carol E. Plummer~~
43. ~~Albert F. Ramsey, Jr.~~
44. ~~Timothy D. Pritchard~~
45. ~~Beverly A. Righter~~
46. ~~Deloy H. Rudder~~
47. ~~Robert O. Sams~~
48. ~~Michael D. Schnatterly~~ D
49. ~~Wayne Shell~~ D
50. Virgil A. Spratlin
51. ~~Elijah E. Stokley, Jr.~~ D
52. ~~Donald R. Street~~ S
53. ~~Steven S. Sykes~~ S
54. ~~Dora L. Thrasher~~
55. ~~Brittany R. Turvey~~
56. ~~Darcy H. Vernette~~ D
57. ~~Carol O. Wells~~
58. Cathy P. Wright
59. Mark A. Yancey

8/28/95
State of Alabama v. Rodriquis D. Huguley
CC 95-741  Robbery I

**STRIKE LIST**

*Ultimate Strike List*

t    014

## For the Week of August 28, 1995

1. ~~Joseph H. Adorholdt~~
2. ~~William W. Arthur~~
3. ~~Karen A. Brady~~
4. ~~Beth R. Brown~~
5. ~~Cary D. Burch~~
6. ~~Scott J. Chandler~~
7. ~~Dennis L. Collier~~ *excused*
8. ~~Jean W. Conn~~
9. ~~Susie H. Cote~~
10. ~~Christina C. Cummins~~
11. ~~Helen H. Donald~~
12. ~~Ollie H. Edwards~~
13. ~~Bill English, Jr.~~
14. ~~Mark Ferguson~~
15. ~~Ellis H. Folsom~~
16. ~~William P. Folks~~
17. ~~Anise Jean Godwin~~
18. ~~Michael D. Gray~~
19. ~~Ronald Green~~ *excused*
20. ~~Michael P. Guy~~
21. ~~Mary Su Harris~~
22. ~~Cathy Hawkins~~
23. ~~Gary M. Heard~~
24. ~~Kyle R. Hildreth~~
25. ~~Derek J. Howard~~
26. ~~Tara ?. Howell~~
27. ~~Barry D. Jones, II~~
28. ~~Terri H. Lamba~~
29. ~~Vikki F. Lambert~~

30. ~~Toni L. ?~~
31. ~~James D. Leonard~~
32. ~~Robert P. Lumpkin, Sr.~~
33. ~~Bonnie D. McCoy~~
34. ~~Stephen D. McFarland~~
35. ~~William R. McMillan~~
36. ~~Cheryl D. Morgan~~
37. ~~Joyce Newman~~
38. ~~Casey D. Nix~~
39. ~~John D. Normann, Jr.~~
40. ~~Gloria H. Pettus~~
41. ~~Walter H. Pierce~~
42. ~~Owen P. Pinson~~
43. ~~Albert S. Pomeroy, Jr.~~
44. ~~Timothy J. Pritchard~~
45. (~~Dorothy A. Quigley~~)   S
46. (~~Denise H. Rudder~~)   D
47. ~~Robert C. Samac~~
48. ~~Michael D. Schmitcain~~
49. ~~Wayne Snell~~
50. ~~Virgil A. Speakin~~
51. ~~Elijah D. Stakleyer, Jr.~~
52. ~~Ronald R. Stewart~~
53. ~~Susan C. Sykes~~
54. ~~Bert H. Thrower~~
55. ~~Brittany R. Turvey~~
56. ~~Perry H. Womahire~~
57. ~~Carol C. Wooner~~
58. ~~Cathy H. Wright~~
59. ~~Mark A. Yancey~~

8/28/95

State of Ala. v. Rodriguis G. Anguley
CC 95-741    Robbery I

015

8/28/95

State of Alabama v. Rodriquez G. Hugley
CC 95-741   Robbery I

| State | Defendant |
|-------|-----------|
| 6 - 25 | 6 - 32 |
| 5 - 6 | 5 - 1 |
| 4 - 5 | 4 - 48 |
| 3 - 52 | 3 - 49 |
| 2 - 2 | 2 - 56 |
| 1 - 53 | 1 - 51 |

Alternate

| | |
|---|---|
| 1 - 45 | 1 - 46 |

## IN THE CIRCUIT COURT OF LEE COUNTY
## AT OPELIKA, ALABAMA

STATE OF ALABAMA,         )
                           )

      Plaintiff,          )
                           )

VS.                      )     CASE NO:  CC-95-741
                           )

RODRIQUES HUGULEY,    )
                           )

      Defendant.       )

## DEFENDANT'S REQUESTED JURY CHARGE # 1

Proof of good character, in connection with all the other evidence, or lack of evidence, may generate a reasonable doubt which entitles the Defendant to an acquittal, even though without such proof (of good character) the Jury would otherwise be disposed to convict.

_____
CIRCUIT JUDGE

GIVEN _____

REFUSED _____

# RODRIGUES E. HULULEY

#1   DIAGRAM — OFFICE
#2   DIAGRAM — OVERALL
#3   PHOTO — OFFICE ENTRANCE
#4   "   — PARKING LOT BETWEEN OFFICE & RESTAURANT
#5   "   — GETAWAY CAR AT ARREST SCENE
#6   "   — A. CLARK RAN AT UNITED METHODIST
#7   "   — WALL A. CLARK TRIED TO CLIMB
#8   "   — MONEY
#9   "   — "   Close-up
#10  "   — "        "
#11  "   — SKI MASK
#12  "   — SKI MASK W/GUN
#13  "   — Close UP OF MASK & GUN
#14  "   — Close UP OF RECOVERED MONEY
#15  "   — GETAWAY CAR - TAG
#16  "   — "   "
#17  "   — A's TRUCK.
#18  SKI MASK
#19  GUN - CLIP & BULLETS
#20  RIGHTS FORM #1
#21  FIRST STATEMENT
#22  RIGHTS FORM #2
#23  SECOND STATEMENT
#24  REGISTRATION A'S TRUCK.
#25  MOTEL REGISTRATION

018

**STATE OF ALABAMA**

**LEE COUNTY**

     The Court Reporter having certified that the State's Exhibit No. 1    is

a   diagram of office         and the reproduction of said exhibit is difficult

or impractical, I hereby certify that the same is on file in the office of the

Circuit Clerk of Lee County.

                               *Corinne Hurst*

                             Corinne Hurst, Circuit Clerk
                             Lee County

019

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the State's Exhibit No. 2 is a __diagram - overall__ and the reproduction of said exhibit is difficult or impractical, I hereby certify that the same is on file in the office of the Circuit Clerk of Lee County.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County

C. 020

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 3   is difficult or impractical, I hereby attach said State's
Exhibit No. 3 to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County



**STATE'S EXHIBIT**

#3



C. 021

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 4    is difficult or impractical, I hereby attach said State's
Exhibit No. 4 to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County



#4




022

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 5  is difficult or impractical, I hereby attach said State's
Exhibit No. 5 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County





C - 023

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 6 is difficult or impractical, I hereby attach said State's
Exhibit No. 6 to this page of the transcript and certify the same as a part
of the record.

                                  _Corinne Hurst_

                              Corinne Hurst, Circuit Clerk
                              Lee County



#6



024

STATE OF ALABAMA

LEE COUNTY

   The Court Reporter having certified that the reproduction of State's
Exhibit No. 7 is difficult or impractical, I hereby attach said State's
Exhibit No. 7 to this page of the transcript and certify the same as a part
of the record.

                              *Corinne Hurst*
                              Corinne Hurst, Circuit Clerk
                              Lee County



STATE'S
EXHIBIT

#7



025

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 8 is difficult or impractical, I hereby attach said State's Exhibit No. 8 to this page of the transcript and certify the same as a part of the record.

Corinne Hurst, Circuit Clerk
Lee County





026

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No.  9   is difficult or impractical, I hereby attach said State's
Exhibit No.  9  to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County





027

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 10 is difficult or impractical, I hereby attach said State's
Exhibit No. 10 to this page of the transcript and certify the same as a part
of the record.

                    *Corinne Hurst*

                    Corinne Hurst, Circuit Clerk
                    Lee County



#10






028

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 11 is difficult or impractical, I hereby attach said State's
Exhibit No. 11 to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County





029

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 12 is difficult or impractical, I hereby attach said State's
Exhibit No. 12 to this page of the transcript and certify the same as a part
of the record.

                                      *Corinne Hurst*
                                   Corinne Hurst, Circuit Clerk
                                   Lee County

STATE'S
EXHIBIT

#12



030

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 13 is difficult or impractical, I hereby attach said State's
Exhibit No. 13 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County





031

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 14 is difficult or impractical, I hereby attach said State's
Exhibit No. 14 to this page of the transcript and certify the same as a part
of the record.

_Corinne Hurst_

Corinne Hurst, Circuit Clerk
Lee County





032

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 15 is difficult or impractical, I hereby attach said State's
Exhibit No.15 to this page of the transcript and certify the same as a part
of the record.

                                      *Corinne Hurst*

                              Corinne Hurst, Circuit Clerk
                              Lee County



#15



033

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No.  16 is difficult or impractical, I hereby attach said State's
Exhibit No.16 to this page of the transcript and certify the same as a part
of the record.

                                      Corinne Hurst
                                    Corinne Hurst, Circuit Clerk
                                    Lee County

STATE'S
EXHIBIT

#16



STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 17 is difficult or impractical, I hereby attach said State's Exhibit No. 17 to this page of the transcript and certify the same as a part of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County



035

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the State's Exhibit No. 18   is
a ____Ski Mask_____and the reproduction of said exhibit is difficult
or impractical, I hereby certify that the same is on file in the office of the
Circuit Clerk of Lee County.

                                      *Corinne Hurst*
                              Corinne Hurst, Circuit Clerk
                              Lee County

036

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the State's Exhibit No. 19 is

a   Gun, Clip, & Bullets     and the reproduction of said exhibit is difficult

or impractical, I hereby certify that the same is on file in the office of the

Circuit Clerk of Lee County.

                          *Corinne Hurst*

                          Corinne Hurst, Circuit Clerk
                          Lee County

037

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 20 is difficult or impractical, I hereby attach said State's
Exhibit No.20 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County



STATE'S
EXHIBIT
#20

# AUBURN DEPARTMENT of PUBLIC SAFETY
## AUBURN POLICE DIVISION

DATE: 7/24/95

TIME: 0200

LOCATION: APD

## YOUR RIGHTS

I, _Ron Rigner Hugley Gomer_ am now _18_ years of age, born _7/6_, 19 _77_ at _Unknown_. I now reside at _7308 County Ro 87, Lanett AC_. I went to the _12th_ grade in school and I can/cannot read and write.

I have been advised that I must understand my rights before I answer any questions. I have the right to remain silent. Anything I say will be used against me in court. I have the right to talk to a lawyer for advice before I answer any questions and to have him with me during questioning. I have the same right to the advice and presence of a lawyer, even if I cannot afford one. The police cannot furnish me with a lawyer, but one will be appointed for me, if I wish, by the court. If I wish to answer questions now without a lawyer present, I also have the right to stop answering questions at anytime until I talk to a lawyer.

## WAIVER

The above rights have been read (to) (by) me. I understand what my rights are. I am willing to answer questions and make a statement. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure of any kind has been used against me.

SIGNED _Rodricus Hugley_

WITNESSED: _Paul Rigsk_

1

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 21 is difficult or impractical, I hereby attach said State's
Exhibit No. 21 to this page of the transcript and certify the same as a part
of the record.

                                             *Corinne Hurst*
                                   Corinne Hurst, Circuit Clerk
                                   Lee County

#21

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodriquez Gomez

ADDRESS: 730P County Do #7

Date 7/24/85

Page 1 of 2 Pages

PHONE NUMBER:

My Name is Rodriquez Gomez I am 18 years old and I can read and write. I was coming from the race track in Tuskegee. I stopped at the Heart of Auburn Motel. I was by myself, to get a room to spend the night, because I was exausted and hungry. While I was in there the place was robbed by a man with a mask on. He took all the money and my money too. Me and the owner stayed to give a description to the police, I was leaving when the police got there, The owner had gave me the key. I want out the door to see which way the man was running and I told the owner. I got in my car and left I was going to cut a block and go to the store and. Come back to the room. When I went around the corner I saw a guy walking towards Auburn University. I passed him

7/24/85 Rodriquez Gomez

RG

**AUBURN POLICE DEPARTMENT**

STATEMENT OF: Rodriquez Gomez

ADDRESS: 7308 County Rd 87, Lanette

Date 7/24/95

Page 2 of 2 Pages

PHONE NUMBER:

Was stopped at a stop sign. As I signaled to the cop I turned a proceeded up the road thats when the guy ran towards the car I wasn't stopping but he was able to open the door was jump in I seen a gun. I hollard He said drive I don't know who the guy was that jumped in I was scared because he had the gun. I went up the street about a block and stopped in a parking lot and told the guy to get out. The police were behind us and the guy just jumped out and ran off. It hadn't even crossed my mind that it was Dewayne. I just put up my hands and told the police everything I cooperated Later on in the police station an officer told me if was Dewayne that robbed Hart or Aaron. When we got to the police station I seen Dewayne and this time I recognized him

7/24/95    Rodriguez Gomez

PR

039

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No.  22 is difficult or impractical, I hereby attach said State's
Exhibit No. 22 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County



STATE'S
EXHIBIT
#22

## AUBURN DEPARTMENT of PUBLIC SAFETY
## AUBURN POLICE DIVISION

DATE: _7/24/95_

TIME: _0900_

LOCATION: _APD_

### YOUR RIGHTS

I, _Rodriguez Huguley_, am now _18_ years of age, born

_7/6_, 19 _77_ at _UNKNOWN_. I now reside at

_7308 County Rd 87, Lanett AL_. I went to the _12th_

grade in school and I can/cannot read and write.

I have been advised that I must understand my rights before I answer any questions. I have the right to remain silent. Anything I say will be used against me in court. I have the right to talk to a lawyer for advice before I answer any questions and to have him with me during questioning. I have the same right to the advice and presence of a lawyer, even if I cannot afford one. The police cannot furnish me with a lawyer, but one will be appointed for me, if I wish, by the court. If I wish to answer questions now without a lawyer present, I also have the right to stop answering questions at anytime until I talk to a lawyer.

### WAIVER

The above rights have been read (to) (by) me. I understand what my rights are. I am willing to answer questions and make a statement. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure of any kind has been used against me.

SIGNED: _Rodriguez Huguley_

WITNESSED: _Paul Pratt_

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 23 is difficult or impractical, I hereby attach said State's Exhibit No. 23 to this page of the transcript and certify the same as a part of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County

#23

**AUBURN POLICE DEPARTMENT**

STATEMENT OF: Rodreguel Hubbay          Date 7/24/95

ADDRESS: 7308 County Rd 87, Lanette    Page 1 of 3 Pages

PHONE NUMBER: 864-7129

My NAME IS Rodreguel Hubbay I Am 18 Years old And I can Read And write. THE REASON I'm MAKING THIS statement IS BECAUSE I was Nervous THIS MORNING Am I was SCARED; I don't Knows Dewayne was GOING To Impley I was IN on THE crime with HIM, But SINCE HE'S DONE THAT I want to Tell everything That HAPPENED I was Riding MOUNS Lafayette IN My TRUCK WAYNE stopped me And said LETS GET SOMEBODYS CAR And RIDE out. I ASKED IF HE Had ANY Money He said yes I Knew we COULD GET Billys CAR To Ride IN THAT evening I Thought we were GOING To LaGrange at FIRST. Dewayne Picked me up At Spectrum, where I left my TRUCK And HE Gave me A RIDE To Billys To GET His cigars Am. I Got out And Told Billy THAT I want To GO RIDE IN His car He said yea THEN Wayne Got out And Billy said "ALL Right yall take it easy IN My CAR And He Gave me THE INSURANCE CARD I

[signatures]

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodriguez Hulsey

ADDRESS: 738 County Road 87, Marette

Date: 7/6/95

Page 2 Of 3 Pages

PHONE NUMBER:

Told Him I wouldn't Be driving to give it
to wayne and He did. We went to
Tuskegee and Rode Around For A while
Maybe 40 Minutes It was Getting late
And we decided to Go Back. On the
way up the Rode on the interstate me and
Dewayne Got to Fussing, I had Got
mad At Him and Hit Him in the Head.
He Got mad We Stopped in Auburn
And I made Him Get out down By
Auburn University, I went to the
Heart of Auburn Motel, when He
Got out of my Car He didn't Have A
Gun or Mask with Him. I went
in And Paid For my Room while I was
In There A Guy in A ski Mask Came
in And pointed A Gun At me and the
Cashier the Casier Gave Him the Money
And He Ran out the Door. I
Stepped out of the Door to Catch A
Glimpse of Him. And After That the
story is Just like I said it Before
I went the opposite way that the Guy
Ran An As I was Going down the
Street I passed Dewayne, I Ranced

Rodriguez Hulsey

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodreguez Hughey

Date 7/31/95

ADDRESS:

Page 3 of 3 Pages

PHONE NUMBER:

THAT HE WAS THE ONE WHO ROBBED THE PLACE
I THOUGHT, I WASN'T GOING TO
STOP FOR HIM But I STOPPED FOR A STOP
SIGN AND PUT ON MY SIGNAL LIGHT. THEN
THEN THE POLICE STARTED CHASING HIM AND
HE TRIED TO CATCH UP WITH THE CAR AS
I WAS PULLING OFF. THEN HE
OPENED THE DOOR HIMSELF AND JUMPED
IN I DIDN'T SEE MONEY OR ANYTHING
I DROVE A BLOCK UP THE STREET,
THE POLICE PUT THEIR LIGHTS ON ME
AND I PULLED OVER THAT'S WHEN
WAYNE GOT OUT AND RAN AGAIN THEN
I JUST TALKED TO THE POLICE
I DIDN'T MAKE HIM GET NO MONEY
I JUST MADE HIM GET OUT AFTER
WE HAD THE FIGHT

X Rodreguez Hughey

041

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 24 is difficult or impractical, I hereby attach said State's Exhibit No. 24 to this page of the transcript and certify the same as a part of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County

STATE'S
EXHIBIT
#24

**STATE OF ALABAMA**

| | | | | | | | | | | | | PERSON WHO INITIATED REG | CURRENT YEAR TAG PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIMARY COUNTY CHAMBERS | | | | | | | | | | | | 12-0014762 | |

000000

PIECE 8    NEW (USED)

VEHICLE IDENTIFICATION
1N6ND11S21IC334022    NISS    87    PU    184    MAR

ASSESSED VALUE 340    9.66

HUGULEY RODRIGUES G

7308 COUNTY RD 07
LANETT          AL   36863

SIGN HERE →    LICENSEE OR APPLICANT

12  01  12  12  12  12  1.39
24.25
24.25

SCHOOL 1.39
TOTAL 24.25

ASSESS-  202968
TT-  PU
CC-
INIT-  DP
RPL-

0006923  PC
12AWS82
4/96

DATE OF ISSUE  5/31/95

12-0014762
12AWS82
MAY,96

TOTAL AD VALOREM TAX  11.05
TOTAL TAGS TAX  35.30
TOTAL PAID  35.30

JOHN T. CROWDER
JUDGE OF PROBATE

J0103460

**STATE OF ALABAMA
CHAMBERS COUNTY**

John J. Crowder Judge of Probate in and for the county
and state aforesaid hereby certify that the Probate Court of Cham-
bers County, is a court of record; that said court has a seal; that
I am custodian, the clerk of said court and as such officer I am the
keeper of the records of the seal of said court and also the records
keeper and custodian of ... the proper authority to make this affi-
davit, and I further ... certify that the within instrument is
duly, ... a true and ...

Given under my hand this the 31st day of August 1995

John J. Crowder
Judge of Probate

042

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 25 is difficult or impractical, I hereby attach said State's
Exhibit No. 25 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst

Corinne Hurst, Circuit Clerk
Lee County

#25

```
**** HEART OF AUBURN MOTEL ****
333 S. COLLEGE ST.                    AUBURN, AL 36830
Phone 205-887-3462  FAX/205-887-5564  RES 1-800-843-5634
room    folio number    arrival date    date
246    17860HC          23jul95         24jul95
name/address
HUGULEY/RODREGUES
7308 CO RD 87
LANETT, AL  36863
```

| date | description | item | amount |
|------|-------------|------|--------|
| | | BALFRD | 0.00 |
| 23jul95 | POST | RMCHRG | 28.00 |
| 23jul95 | | RMTAX | 2.24 |
| | TOTAL | DUE | 30.24 |
| 24jul95 | PAYMENT | CASH | -30.24 |
| 24jul95 | BALANCE | DUE | 0.00 |

```
room    name         vipno              ar:23jul95
246    HUGULEY/RODREGUES               dp:24jul
group   gr   rate    beds   kind   smk adj rollawy kids gtd?
        RA 28.00 DD1    P                   0 WA

address   7308 CO RD 87
          LANETT          AL 36863
company   AL 6186375

travel agent
credit card:
deposit:  0.00  due:
phone:              Group:           status:#
biz-type B taxcpt   F    checkin time 00:54  res_nites= 1
date booked: 07/24/95    reservation nbr: 17860HC
comment
Credit Card:              Exp:
Notes:
```

**\*\*\* HEART OF AUBURN MOTEL \*\*\***

333 S. COLLEGE ST.                                    AUBURN, AL 36830
Phone 205-887-3462 FAX/205-887-5564      RES 1-800-843-5634

| room | folio number | arrival date | date |
|------|-------------|--------------|------|
| 246  | 17860HC     | 23jul95      | 24jul95 |

name/address

HUGULEY/RODREGUES
7308 CO RD 87
LANETT, AL  36863

| date | description | item | amount |
|------|-------------|------|--------|
|      |             | BALFRD | 0.00 |
| 23jul95 | POST | RMCHRG | 28.00 |
| 23jul95 |  | RMTAX | 2.24 |
|  | TOTAL | DUE | 30.24 |
| 24jul95 | PAYMENT | CASH | -30.24 |
| 24jul95 | BALANCE | DUE | 0.00 |

**\*\*\* HEART OF AUBURN MOTEL \*\*\***

Name  HUGULEY/RODREGUES                    Rate: 28.00

Address  7308 CO RD 87

City  LANETT                    State AL  Zip 36863

Company  AL 6186375

Phone no.                    Depart: 24jul95

Car make          Lic.                    St
    \*\* Not reponsible for valuables left in car or room. \*\*
    \*\* No parties. No rooms rented to minors.           \*\*
    \*\* I agree to be personally responsible for charges \*\*
    \*\* not paid by designated person or company.         \*\*

SIGNATURE: X
\*\* Check out time NOON \*\* THANK YOU FOR YOUR BUSINESS

RESNO:17860 Room #246 Arrival Date:23jul95 HC

043

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 26  is difficult or impractical, I hereby attach said State's
Exhibit No. 26 to this page of the transcript and certify the same as a part
of the record.

                            *Corinne Hurst*

                            Corinne Hurst, Circuit Clerk
                            Lee County







044

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No.   27 is difficult or impractical, I hereby attach said State's
Exhibit No. 27 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County



STATE'S EXHIBIT
#27



IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA,                    *
                                     *
v.                                   *    CASE NO. CC 95-741
                                     *
RODRIGUES G. HUGULEY,                *
                                     *
        Defendant.                   *

<u>ORDER</u>

Sentencing hearing in this case, set for October 26 is continued to **November 2, 1995, at 8:00 A.M.** in Courtroom Number 4, Lee County Justice Center, Opelika, Alabama.

Done and Ordered this 28th day of September, 1995.

_____
Robert M.. Harper
Circuit Judge

Copy to:
    Ronald L. Myers
    Charles R. Gillenwaters

FILED
SEP 2 9 1995
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT CLERK OF LEE COUNTY
## AT OPELIKA, ALABAMA

STATE OF ALABAMA,     )

VS.     ) CASE NO.   CC-95-741

RODRIQUES G. HUGULEY,     )

     Defendant.



FILED
NOV 1 3 1995
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## MOTION FOR NEW TRIAL

THE DEFENDANT moves this Court to set aside the verdict, returned herein on the 29th day of August, 1995, and subsequent Judgment and sentencing on November 2, 1995, and to grant a new trial on the following grounds:

(1)    The verdict is contrary to the evidence.

(2)    The verdict is strongly against the weight of the evidence.

(3)    Upon the Jury returning to the courtroom and the foreman asking for a re-charge, at approximately 3:15, Juror, Bill English, did communicate to witness, Detective Paul Register, Chief Investigator of case, concerning deliberation before returning to the jury room. Subsequently, at 4:00 a.m. the Jury returned. A verdict of guilty against the Defendant.

DONE this the 10th day of November, 1995.

_____
Charles R. Gillenwaters - GIL002

Counsel's Address:

126 Marshall Street
Alexander City, AL   35010
   205-234-5018

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to: Ronald L. Myers, P.O. Box 2524, Opelika, AL 36801, on this the 10th day of November, 1995.

Of Counsel

048

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA,              *
                               *
v.                             *   CASE NO. CC 95-741
                               *
RODRIQUES G. HUGGULEY,         *
                               *
     Defendant.                *

<u>ORDER</u>

The MOTION FOR NEW TRIAL filed by the Defendant is DENIIED.

Done and Ordered this 16th day of November, 1995.



Robert M. Harper
Circuit Judge

Copies to:
    Ronald L. Myers
    Charles R. Gillenwaters
    Sheriff Herman Chapman

FILED
NOV 1 7 1995
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

049

## IN THE CIRCUIT COURT OF LEE COUNTY,
## AT OPELIKA, ALABAMA

RODRIQ UES  G. HUGULEY,     )
                              )
           Appellant,       )
   vs.                       )
                              )     CASE  NO. CC  95-741
THE STATE OF ALABAMA,     )
                              )
          Appellee.       )

F I L E D
DEC 2 7 1995
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the Appellant, Rodriques G. Huguley,

through his attorney, appeals to the Alabama Court of Criminal Appeals from

the judgment of conviction, and denial of  a  Motion for a New Trial, in the

Circuit Court of Lee County,  Alabama  entered  on the 16th day of November

1995,   adjudging the appellant to be guilty of the offense of robbery.

Respectfully submitted,

Dated:  December 26, 1995

Charles S. Conley,
Attorney for the Appellant
315 South Bainbridge Street
Montgomery, Alabama 36104
(334) 269-2361 or (334) 264-8332

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of a Notice of  Appeal on behalf of the Appellant in the above case to  Hon. Corinne Hurst,  Clerk of the Circuit Court of Lee County , 23ll Hamilton Road,  The Lee County Justice Center, Opelika, Alabama, via U.S. Mail, Postage prepaid first class, this  26th day of December, 1995

_____
Of Counsel

AP 14-3 Certificate of Completion and Transmittal of Record on Appeal by Trial Clerk

## CERTIFICATE OF COMPLETION AND TRANSMITTAL
## OF RECORD ON APPEAL BY TRIAL CLERK

RODRIQUES G HUGULEY
**Appellant**

TO: The Clerk of the Court of
      Criminal Appeals of Alabama

V.

Case No. __CC 95 741__

State of Alabama
**Appellee**

Date of Notice of Appeal __12-27-95__

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) ( ___2___ volumes of 200 pages each and one volume of ___79___ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this _____21ST_____ day of __MARCH_____ , 19 _96_ .

_Corina J Hurst_
          Circuit Clerk

_Lee_
          County

# CERTIFICATE OF COMPLETION AND TRANSMITTAL
## OF RECORD ON APPEAL BY TRIAL CLERK

RODRIQUES G HUGULEY
**Appellant**

TO: The Clerk of the Court of
Criminal Appeals of Alabama

**V.**

Case No. __CC 95 741__

State of Alabama
**Appellee**

Date of Notice of Appeal __12-27-95__

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) ( __2__ volumes of 200 pages each and one volume of __79__ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this __21ST__ day of __MARCH__ , 19 __96__ .

_Corina T Hurst_
**Circuit Clerk**

_Lee_
**County**