# OFFICE OF THE ATTORNEY GENERAL



Ellis
95-0597

**JEFF SESSIONS**
ATTORNEY GENERAL
STATE OF ALABAMA

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (334) 242-7300

October 31, 1996

Ronald L. Myers
DISTRICT ATTORNEY'S OFFICE
Post Office Box 2524
Opelika AL  36803

RE: RODRIQUES G. HUGULEY
    CIRCUIT COURT#  95-1741
    DATE COJ ISSUED:  10/29/96

Dear Mr. Myers:

   For your information, the Court of Criminal Appeals has issued the Certificate of Judgment on the date noted on the above-referenced case.

   Thank you for your attention to this matter.

                                Sincerely,

                                Rosa H. Davis

                                ROSA H. DAVIS
                                ASSISTANT ATTORNEY GENERAL

RHD/dms

Exhibit C