# OFFICE OF THE ATTORNEY GENERAL

**BILL PRYOR**
ATTORNEY GENERAL
STATE OF ALABAMA

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (334) 242-7300

July 3, 1997

Ronald L. Myers
DISTRICT ATTORNEY'S OFFICE
Post Office Box 2524
Opelika AL  36803

RE: RODRIQUES G HUGULEY
    CIRCUIT COURT#  95-741.60
    DATE COJ ISSUED:  06/10/97

Dear Mr. Myers:

   For your information, the Court of Criminal Appeals has issued the Certificate of Judgment on the date noted on the above-referenced case.

   Thank you for your attention to this matter.

                                    Sincerely,

                                    ROSA H. DAVIS
                                    ASSISTANT ATTORNEY GENERAL

RHD/dms

Exhibit F