IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, #184418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) |
| SYLVESTER FOLKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the answer and exhibits filed by the respondents, and as it is clear from a review of the exhibits that the respondents have failed to supply the court with all state court records relevant to the appeal from the trial court's denial of Huguley's second Rule 32 petition or an accurate procedural history of such petition,[1] it is

ORDERED that on or before June 23, 2006 the respondents shall file a supplement to their answer which advises the court of the date on which resolution of the second Rule 32 petition became final. The respondents are advise that this supplemental answer shall

---

1. The respondents erroneously state that the November 14, 1996 Rule 32 petition is the second such petition filed by Huguley. However, this is the first Rule 32 petition filed by Huguley and resolution of this petition became final in the state courts upon issuance of the certificate of judgment on June 10, 1997. Huguley filed his second Rule 32 petition on July 14, 1997. The trial court summarily denied this petition on August 25, 1997, *Respondents Exhibit D* at 41, and Huguley filed a notice of appeal on September 4, 1997. The Clerk issued the certificate of completion and transmittal of record on appeal to the Alabama Court of Criminal Appeals on September 15, 1997. *Id*. at 46. It appears from this court's independent research that the Alabama Court of Criminal Appeals dismissed this appeal on October 27, 1997. *Huguley v. State*, 727 So.2d 187 (1997) (table decision).

contain a *complete and accurate* procedural history of the state post-conviction petitions filed by Huguley.

Done this 14th day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCHPERSON
UNITED STATES MAGISTRATE JUDGE