RECEIVED

2006 JUL 10 A 9:29

[CLERK]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

This letter is to inform, the Office of the Clerk United States District Court P.O. Box 711 Montgomery, AL. 36101-0711, of my Adress change to:

Rodrigues Huguley  AIS#184418
P.O. Box 1030
Loxley, AL 36551

In reference to CASE# 3:06CV333 please send confirmation of my Adress change.

Rodrigues Huguley 184418