IN THE DISTRICT COURT PF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 JUL 11  A 10: 57

 RA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RODRIGUES HUGULEY #184418

VS.    CIVIL ACTION NO. 3:06-CV-333-WKW

SYLVESTER FOLKS

### REQUEST FOR EXTENSION OF TIME

Comes now the petitioner Rodrigues Huguley and does request of the court a 60 day extension of time to comply with the court's Show Cause Order in that affidavits and other evidence is needed to show why the petition was not filed within one year. This involves obtaining newly discovered testimony of witnesses in distant locations from where the petitioner is incarcerated which would take addition time.

Also petitioner was moved from Atmore Work Center to Loxely Work Center and did not receive legal mail until July 7, 2006 and response needed by July 11, 2006.

Wherefore the petitioner does ask for a 60 day extension to comply with the court's Show Cause Order.

_Rodrigues Huguley_
Rodrigues Huguley

RECEIVED

2006 JUL 11  A 10: 57

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2006, a copy of this REQUEST OF EXTENSION OF TIME, was mailed, postage prepaid to:

SLYVESTER FOLKS
ATMORE WORK CENTER
9947 HWY 21 NORTH
ATMORE, AL 36503

Pro-se: Rodrigues Huguley

*Rodrigues Huguley*