IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RODRIGUES HUGULEY, #184418, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) | |
| SYLVESTER FOLKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on July 11, 2006 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the petitioner be GRANTED an extension from July 11, 2006 to and including August 11, 2006 to file his response to the order entered on June 29, 2006.

Done this 12th day of July, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE