IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, A.I.S. # 184418, | ) ) ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 3:06-CV-333-WKW |
| WARDEN SYLVESTER FOLKS & THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA. | ) ) ) ) |
| Respondents. | ) |

**MOTION TO SUBSTITUTE COUNSEL**

The undersigned attorney moves this Honorable Court for permission to substitute counsel for the Respondents in the above-styled cause. As grounds therefore, the undersigned counsel states that this case has been recently reassigned to him from the Honorable Hense R. Ellis, II, current defense counsel of record.

    Respectfully submitted,

    Troy King (KIN047)
    Attorney General
    By:

    s/John M. Porter
    John M. Porter (ASB5818-P77J)
    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Rodrigues Huguley, AIS #184418, Atmore Work Release Facility, 9947 Highway 21, North, Atmore, AL 36503.

        Respectfully submitted,

        s/John M. Porter
        John M. Porter(ASB5818-P77J)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: JPorter@ago.state.al.us

154168/94484-001