IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, #184418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) |
| SYLVESTER FOLKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to substitute counsel filed by Assistant Attorney General John M. Porter on July 12, 2006 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 13th day of July, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE