RECEIVED    7/17/06

2006 JUL 19 A 9:59

This letter is to inform the Court of another adress movement, as of 7/17/06. I Rodrigues Huguley AIS #184418, have been transfered from Loxley Work Release to: Alexander City Work Release by the Department of Corrections. My new Adress is:

Rodrigues Huguley AIS# 184418
P.O. Box 160
Alexander City, Alabama 35010

This is concerning Civil Action Case No. 3:06-CV-333-WKW Please send confrimation of the above mentioned adress change.

Sincerely,
Rodrigues Huguley, 184418