RECEIVED

7/31/06

2006 AUG -1 A 10:04

This letter is to inform the court that I have been granted parole effective 7/31/06, and my new adress is: Rodrigues Huguley 7308 County Road 87 Lanett, Alabama 36863

This is concerning case # 3:06-CV-333-WKW Please send confirmation of my new adress change. I am awaiting a response to my July 11th request for an extention pending my parole, which has now been granted.

Thank you,

Rodrigues Huguley