# CLERK

Rodrigues Huguley 184418
P.O. Box 56
Elmore, Al. 36025

6-4-07

CASE # 3:06-CV-333-WKW

I am writting to find out the status of my case. I have not recieved any correspondence since filing a July 06 response. My mailing Adress was 7308 Co Rd. 87 Lanett, Alabama 36863, No response was ever sent this Address was sent to the clerk in July 06. My Current Adress is
Rodrigues Huguley 184418
P.O. Box 56
Elmore, Al 36025
Please note my new Adress, I am currently awaiting a decision. No mail on this case has been recieved for some reason.

Rodrigues Huguley 184418

Rodrigues Huguley 184418
P.O. Box 56
Elmore Al 36025

MONTGOMERY AL 361
05 JUN 2007 PM 4 T

36101+0711

The District Court of the United States
For The Middle District Of Alabama
Eastern Division P.O Box 711
Montgomery Al - 36101-0711