IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY, ALABAMA

Rodriques Huguley, PRO SE,     Civil Action No. 3:06-
    Petitioner,                 cv 333-WKW
vs.
SYLVESTER FOLKS, et al,
   Respondent.

## MOTION TO SHOW CAUSE

Comes now the Petitioner in the above styled cause, moves this Honorable Court to grant said motion. Petitioner set down and issues the following grounds separately and severally:

(1) The Petitioner filed a 28 U.S.C. § 2254 habeas corpus relief on April 3, 2006.

(2) The Petitioner was transfer to a minimum security prison which does not have a law library. The prison offical refuse to transfer him to a camp to do his legal work.

(3) Where the Petitioner is representing himself he should not be barred.

(4) The Petitioner requesting the court to reconsider this habeas corpus.

(5) The Petitioner has establish existence elements essential to this case.

(6) The Petitioner now can respond back to the court's Johnson v. Avery, 393 U.S. 483 (1969),
    Lewis v. Casey, 518 U.S. 343 (1996),
    Bounds v. Smith, 430 U.S. 817 (1977),
    Heck v. Humphrey, 512 U.S. 477 (1994),
    Jett v. Penner 439 F.3d 1091 (9th Cir. 2006)

     (A) The privilege of the writ of habeas corpus shall not be suspended, the writ of habeas corpus protects citizens from arbitrary arrest, it is an order demanding that a person who has been arrested be brought before a court so that so that a judge can decide if he is being held lawfully.

MOTION and affidavit in Support of motion for leave to Proceed in Forma Pauperis.

Comes Now the Petitioner and moves the Court for an Order Granting leave to Proceed in Forma Pauperis. and in support of my motion, makes the following.

I, Rodrigues Huguley, being first duly sworn, depose and say that I am the petitioner in the above case, that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to the redress. and that the issues which I desire to present on this motion to show cause. I am in good sound mind and judgment. I am over the age of twenty-one years of age.

STATE OF Alabama          County of Montgomery

Subscribed to and sworn before me on this 8th day of June in year of 2007 A. D.

Rodrigues Huguley
AFFIANT


_____
NOTARY PUBLIC


MY COMMISSION EXPIRES: 03-06-09

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this foregoing Motion to Show Cause, upon the Honorable Vanzetta Penn McPherson United States Magistrate Judge.

By placing a copy in the prison mail box at Staton Correctional Facility Elmore Alabama for United States mail first class and properly addressed. Postage personally paid.

Done this date __7__ of __June__, in year of __2007__

Hon: Wallace Capel, Jr.
United States Magisterate Judge
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

Hon: Debra P. Hackett,
  Clerk
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

Rodrigues Huguley
AIS # 184418
E-2-30A
P.O. Box 56
Elmore, AL 36025

WHEREFORE PREMISES CONSIDERED

the petitioner pray that this court take a full review of all issues that has been set forth and enter a judgment in his favor. there is genuine issues and material facts in this case. this habeas corpus motion to show cause has been submitted to the court for consideration.

"a defendant rights are violated if the state withhold favorable material evidence which the defendant has requested."
Brady v. Maryland, 373 U.S. 83 S.Ct 1194 97 10 /ed 2d 215 (1965).

## CONCLUSION

(A)  the Supreme court, a Justice thereof a Circuit Judge or a District Judge shall entertain an application for a writ of habeas corpus on behalf of a person in custody. Pursuant to the judgment of a state on the grounds that he is in custody in violation of the constitution or the law. the courthouse door is always open when some wrong has been done them.



Rodrigues Huguley 184418
E2-30A
P.O. BOX 56
Elmore, Al 36025

MONTGOMERY AL 361
08 JUN 2007 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

36101+0711