IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, #184418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) |
| SYLVESTER FOLKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to show cause filed by the petitioner on June 11, 2007 (Court Doc. No. 24), and for good cause, it is

ORDERED that:

1. The motion be and is hereby GRANTED to the extent that the petitioner seeks an extension of time to file a response to the order entered on June 29, 2006 (Court Doc. No. 15).

2. The petitioner be GRANTED an extension to and including June 26, 2007 to file a response to the order entered on June 29, 2006 (Court Doc. No. 15).  To aid the petitioner in filing his response, the Clerk is DIRECTED to provide him with a copy of the aforementioned order.

3. The motion be and is hereby DENIED to the extent that the petitioner seeks reconsideration of his habeas petition as the court has not entered judgment in this case.

    4.  The motion be and is hereby GRANTED to the extent that the petitioner seeks leave to proceed *in forma pauperis* before this court.

    Done this 12th day of June, 2007.

                          /s/ Wallace Capel, Jr.
                          WALLACE CAPEL, JR.
                          UNITED STATES MAGISTRATE JUDGE