IN THE DISTRICT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RODRIGUES HUGULEY PRO SE
   PETITIONER,

VS.

SYLVESTER FOLKS, et al,
   RESPONDENT,

CIVIL ACTION NO. 3:06-CV-333-WKW

## MOTION IN RESPONSE TO JUDGE ORDER

Comes now the Petitioner in the above case, moves this court to grant said response, this response is in good faith.

Petitioner is representing him-self because of no source or income. Petitioner moves the court for an order to process with the Habeas Petition. Petitioner will shown honorable court the following grounds to process.

The Petitioner moves the court that the Habeas Petition remain in effect pending further orders of the court.

The material has been set forth.

## TWELVE Document

Rule 1 provides that the habeas corpus are applicable to petitions by person in custody pursuant to a judgment of a state court, Preiser v. Rodriguez, 411 U.S. 475, 484 the basic scope of habeas corpus is prescribed by statute. 28 U.S.C. §2241(c) in violation of the constitution. 28 U.S.C. §2254 pursuant to a judgment of a state court, the court said "it is clear that the essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and that the traditional function of the writ is to secure release from illegal custody. 411 U.S. at 484 the petitioner deadline was September 1998 Petitioner was granted parole August 1998. this view was expanded in Carafas v. Lavallee, 391 U.S. 234 (1968), to recognize the propriety of habeas corpus in a case in which petitioner was in custody when the petition had been originally filed but had since been unconditionally released from custody this case should be upheld as a habeas petition on the grounds that petitioner had been parole.

"while habeas petition should be granted";

Rule 1.(a)(2)(?)(b)(a)(1) while the language of the act indicates that a writ of habeas corpus is appropriate only when a petitioner is "in custody," the civil Rights act. Johnson v. avery. 393 U.S. 483 (1968).

Petitioner respones while he should Not be barred.

the Petitioner was violated and sent back to Atmore work center. then transfer to Fountains correction facility. which he would have to be in facility six (6) months with a clear records to gain access to law library. unlike the statutory provisions on habeas corpus 28 U.S.C. §§2241,2254 specifically provides that "a motion for such relief may be made at any time." petitioner shall not be barred.
Harris v. Nelson, 394 U.S. 286, 300 (1969),

## EVIDENTIARY HEARING

the Petitioner moves this Court for an evidentiary hearing on the merits now pending in this court on the subject matters, "Jurisdiction, issues" where the material facts are in dispute, the holding of such a hearing is in the discretion of the district Judge. there is genuine issue and facts to said habeas petition. Petitioner is requesting is relief from this illegal sentence and confinement the petitioner was denied a motion for a new trial which was illegal under the United States constitutional and State of Alabama Constitutional. there was not sufficient support evidence for a conviction.

In this above styled case petitioner was denied due process of the law. Amendment 14 U.S. Constitution States No State shall make or enforce any law which shall abridge the privileges or immunities of citizen of the United States. Nor shall any state deprive any person of life, liberty, or property, without due process of law, nor deny to any person within its jurisdiction the equal protection of the law.

the Declaration of Independence we hold these truth to be self-evident. that all men are created equal, that they are endowed by their creator with certain unalienable rights, that among these are Life, Liberty, and the pursuit of happiness. Scott v. Sanford 1857 Missouri invoking the Fifth Amendment clause.

the United States Constitution exists to assure the basic rights of its people. the system is a government of laws not of men. Fay v. Noia 372 U.S. 391, 83 S.Ct 822, 9 L ed 2d 837 (1963).

the Petitioner prays that this court will review all facts and issue in this habeas petition and granted whatever the law provide in this case.

WHEREFORE PREMISES CONSIDERED

## Grounds for Discharge

1. Though the original imprisonment was lawful the petitioner has become entitled to his discharge by reason of some subsequent act, omission or event;

ART. I 313 that all court shall be open that every person for any injury done him in his land goods, person or reputation shall have a remedy by due process of law, right and justice shall be administered without sale denial or delay.

This Honorable Court is empowered to fashion appropriate equitable relief as law justice require to the petitioner.

The statute states that the privileges of habeas corpus shall not be suspended

## Conclusion

The writ of habeas corpus is the common law writ. It is the remedy for to be pursued by judicial court for a person to be brought before a judge or justice for his relief. The petitioner prays that the court will entertain this habeas petition under its jurisdiction

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this foregoing Response motion upon the Honorable Wallace Capel, Jr. United States Magistrate Judge Middle District of Alabama Eastern Division Montgomery Alabama P.O. Box 711 36101-0711

By placing a copy in the prison mail box at Staton Correction Facility, Elmore County, AL. for United States First Class mail properly addressed, postage personally paid.

Done this __14__ day of __June__ 2007 A.D.


Hon: Debra P. Hackett
Middle District Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711



Rodrigues Hujulei
AIS # 184418
E-2-30-A
P.O. Box 56
Elmore, Al 36025

## AFFIDAVIT IN SUPPORT

Before me the undersigned Authority a Notary Public at large for the county and said State of Alabama.

I am over the age of twenty one years of age in good sound mind and judgment

Sworn to and subscribed before me this 14 day of June 2007 A.D.

County of Elmore   State of Alabama


_Rodriques Huguley_
AFFIANT


_Barry C. Smith_
NOTARY PUBLIC


MY COMMISSION EXPIRES: Nov 8, 2008

Rodriques Huguley #184418
E-30A
P.O. Box 56
Elmore, Al. 36025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711

MONTGOMERY AL
15 JUN 2007 PM

