IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, #184418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) |
| SYLVESTER FOLKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend response filed by the petitioner on June 27, 2007 (Court Doc. No. 28), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before July 19, 2007 the respondents shall file a supplemental answer which addresses the petitioner's claims that (i) he is actually innocent of robbery because "the subject that robbery the hotel admitted that he lied when he state the petitioner was part of the robbery...", *Court Doc. No. 28* at 1, and (ii) he is entitled to equitable tolling during the time he served on parole as he was not "in custody" while on parole. *Id*. at 4.

Done this 28th day of June, 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE