IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIQUES HUGULEY,<br>    AIS#184418,<br><br>    PETITIONER,<br><br>VS.<br><br>WARDEN SYLVESTER FOLKS,<br>et al.,<br><br>    RESPONDENTS. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 3:06-CV-333-WKW<br>)<br>)<br>)<br>) |

**MOTION FOR 14-DAY ENLARGEMENT TO FILE
RESPONSE TO FEDERAL HABEAS CORPUS PETITION**

Come now Respondents, by and through the Attorney General of the State of Alabama, and move this Honorable Court for an Order granting Respondents an enlargement of 14 days from Thursday, July 19, 2007, to file their supplemental response to this Court's order issued on June 28, 2007, in the above-styled cause. As grounds for said enlargement, Respondents show the following:

1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had adequate time to prepare a sufficient response.

2. The additional time requested will not prejudice the rights of Petitioner.

Wherefore, Respondents respectfully request an extension of 14 days in which to file a response in the above styled case.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/John M. Porter
John M. Porter (ASB5818-P77J)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>19th</u> day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Rodriques Huguley, AIS #184418, Staton Correctional Facility, P. O. Box 56, Elmore, AL 36025.</u>

                                            Respectfully submitted,

                                            s/John M. Porter
John M. Porter(ASB5818-P77J)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: JPorter@ago.state.al.us

296612