7-31-07

RECEIVED
2007 AUG -2 A 9:11

I'm writting this letter to let the clerk know that my address has changed to: 1780 Hwy 221 East
Camden, Al 36726

My case # is 3:06-CV-333-WKW.
Rodrigues Huguley A#10 4418  V. Sylvester Folks et. Al;

Please take note of this change of adress, And send confirmation.

Sincerely
Rodrigues Huguley

Adrique S Huguley 184416
180 Hwy. 221 East
Camden, Al. 36726

MONTGOMERY AL 361
01 AUG 2007 PM 1 T

OFFiCE OF The CLERK
UNiTED STATES District Court
P.O. Box 711
Montgomery, Al. 36161-0711

36101+0711