IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, | ) |
| Petitioner, | ) |
| VS. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| SYLVESTER FOLKS, et al., | ) |
| Respondents. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Comes Marcus Stephen Bass and respectfully requests leave of the Court to withdraw as counsel for Respondents in the above-styled case. On this date, August 2, 2007, counsel was mistakenly added to the above-styled case.

Respectfully submitted

/s/Marc S. Bass
Marc S. Bass (BAS 020)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>2nd</u> day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Rodriques Huguley, AIS #184418, Staton Correctional Facility, P. O. Box 56, Elmore, AL 36025.</u>

                                              Respectfully submitted,

/s/Marcus S. Bass
Marcus S. Bass ()
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  mbass@ago.state.al.us

301818/94484-00

2