IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, #184418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) |
| SYLVESTER FOLKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for respondents filed by Assistant Attorney General Marcus Bass on August 2, 2007 (Court Doc. No. 34), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 2nd day of August, 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE