Case # 3:06-CV-333-WKW                8/2/07

To the Clerk: Please <u>disregard</u> the Camden address I sent in earlier this week. I have been moved again my new address is

Rodrigues Huguley 184418
P.O. Box 1030
Loxley, Al 36551-1030

Please send confirmation of this new address

Thank you
Rodrigues Huguley



Rodriques Hugueley 184418
P.O. Box 1030
Loxley, Al 36551-1030

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery Al. 36101-0711

MOBILE AL 365
2 AUG 2007 PM

36101+0711-11 B007