IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, )<br>Petitioner, ) | |
| ) | |
| v. ) | 3:06-CV-333-WKW |
| ) | |
| SYLVESTER FOLKS, et. al., )<br>Respondents. ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and Sylvester Folks, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Sylvester Folks, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the Atmore Community Work Center possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

_____
John M. Porter
Counsel for Troy King and Sylvester Folks

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, I have filed the foregoing with the Clerk of this Court and the same on Counsel for the Petitioner at:

Rorigues Huguley
AIS# 184418
ADOC WR LOXLEY
Loxley WR/CWC
P.O. Box 1030
Loxley, Alabama 36551-1030

_____
John M. Porter (POR023)

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jporter@ago.state.al.us

357343/94484-001

2