CASE # 3:06-CV-333-WKW.    1/21/08

I am writting to inform the Clerk of my adress change to:

Rodrigues Huguley AIS# 184418
Fountain 3800
Atmore, Al 36503

and to find out my status on this case. Please note this change of Adress and send confirmation of this change.

Sincerly

Rodrigues Huguley

Rodrigues Huguley 184418
Fountain 3800  H 46-B
Atmore, Al 36503



MOBILE AL 365
23 JAN 2008 PM 1 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

36101+0711