IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, #184418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-333-WKW |
| | ) |
| SYLVESTER FOLKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the file in this case, and as it appears that the respondents filed only the first volume of petitioner's trial transcript, it is

ORDERED that on or before March 28, 2008 the respondents shall file a supplement to their answers which contains the volume(s) of the trial transcript omitted from their submission of exhibits.

Done this 17th day of March, 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE