THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRIGUES HUGULEY, )<br>AIS #184418, )<br>        )<br>    Petitioner, )<br>        ) C.V. NO. 3.06-CV-333-WKW<br>vs.     )<br>        )<br>WARDEN SYLVESTER FOLKS, & )<br>THE ATTORNEY GENERAL FOR )<br>THE STATE OF ALABAMA, )<br>        )<br>    Respondents. ) | |

**RESPONDENT'S THIRD SUPPLEMENTAL ANSWER**

Come the Respondents and, in response to this Court's order issued on March 28, 2008 directing the Respondents to supplement their answer with omitted volumes of the trial transcript, submit the following exhibits:

Exhibit G  -  Clerk's Record and Trial Transcript in Court of Criminal Appeals
        Case No. CR 95-0597 (Volumes I through III of III).

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:

s/John M. Porter
John M. Porter (ASB5818-P77J)
Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document (including all exhibits) to the following non-CM/ECF participants: Rodrigues Huguley, AIS #184418, Fountain Correctional Facility, Fountain 3800, Atmore, AL 36503.

Respectfully submitted,

s/John M. Porter
John M. Porter(ASB5818-P77J)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: JPorter@ago.state.al.us

398070/94484-001