A.   The report said that there were no usable latent prints.

Q.   All right.   And you submitted the mask also, is that correct?

A.   No, sir, I've maintained the mask since that night.

Q.   All right.  You didn't submit the mask to see if there were any hair or fibers or such as that?

A.   No, sir.

Q.   Okay.  So the only evidence that you submitted to any lab for any testing was the gun itself, is that correct?

A.   That's correct.

Q.   And you said that they were unable to make any fingerprints matches, is that correct?

A.   Correct.

Q.   Thank you, sir.

C  015

8/28/95          State of Alabama v. Rodriguez G. Angurky
                 CC 95-741   Robbery I

| State | Defendant |
|-------|-----------|
| 6 - 25 | 6 - 32 |
| 5 - 6 | 5 - 1 |
| 4 - 5 | 4 - 48 |
| 3 - 52 | 3 - 49 |
| 2 - 2 | 2 - 56 |
| 1 - 53 | 1 - 51 |

Alternate

| | |
|---|---|
| 1 - 45 | 1 - 46 |

## IN THE CIRCUIT COURT OF LEE COUNTY
## AT OPELIKA, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | )    CASE NO: CC-95-741 |
| | ) |
| RODRIQUES HUGULEY, | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT'S REQUESTED JURY CHARGE # 1

    Proof of good character, in connection with all the other evidence, or lack of evidence, may generate a reasonable doubt which entitles the Defendant to an acquittal, even though without such proof (of good character) the Jury would otherwise be disposed to convict.

_____
CIRCUIT JUDGE

GIVEN _____

REFUSED _____

RODRIGUES G. HUGULEY

| | | |
|---|---|---|
| #1 | DIAGRAM — OFFICE |
| #2 | DIAGRAM — OVERALL |
| #3 | PHOTO — OFFICE ENTRANCE |
| #4 | " — PARKING LOT BETWEEN OFFICE & RESTAURANT |
| #5 | " — GETAWAY CAR AT ARREST SCENE |
| #6 | " — Δ CLARK RAN AT UNITED METHODIST |
| #7 | " — WALL Δ CLARK TRIED TO CLIMB |
| #8 | " — MONEY |
| #9 | " — " Close-up |
| #10 | " — " " |
| #11 | " — SKI MASK |
| #12 | " — SKI MASK W/ GUN |
| #13 | " — Close up of mask & gun |
| #14 | " — Close up of recovered money |
| #15 | " — GETAWAY CAR — TAG |
| #16 | " — " " |
| #17 | " — Δ's TRUCK. |
| #18 | SKI MASK |
| #19 | GUN — CLIP & bullets |
| #20 | RIGHTS FORM #1 |
| #21 | FIRST STATEMENT |
| #22 | RIGHTS FORM #2 |
| #23 | SECOND STATEMENT |
| #24 | REGISTRATION Δ's TRUCK. |
| #25 | MOTEL REGISTRATION |

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the State's Exhibit No. 1 is

a  _diagram of office_____ and the reproduction of said exhibit is difficult

or impractical, I hereby certify that the same is on file in the office of the

Circuit Clerk of Lee County.

Corinne Hurst, Circuit Clerk
Lee County

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the State's Exhibit No. 2 is

a _____diagram – overall_____ and the reproduction of said exhibit is difficult

or impractical, I hereby certify that the same is on file in the office of the

Circuit Clerk of Lee County.

                             *Corinne Hurst*

                        Corinne Hurst, Circuit Clerk
                        Lee County

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 3 is difficult or impractical, I hereby attach said State's Exhibit No. 3 to this page of the transcript and certify the same as a part of the record.

_Corinne Hurst_

Corinne Hurst, Circuit Clerk
Lee County



STATE'S
EXHIBIT

#3



STATE OF ALABAMA

LEE COUNTY

 The Court Reporter having certified that the reproduction of State's Exhibit No. 4 is difficult or impractical, I hereby attach said State's Exhibit No. 4 to this page of the transcript and certify the same as a part of the record.

         *Corinne Hurst*

      Corione Hurst, Circuit Clerk
      Lee County



#4



STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 5 is difficult or impractical, I hereby attach said State's Exhibit No. 5 to this page of the transcript and certify the same as a part of the record.

                                  Corinne Hurst

                                Corinne Hurst, Circuit Clerk
                                Lee County



#5



STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 6 is difficult or impractical, I hereby attach said State's
Exhibit No. 6to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County



#6

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 7 is difficult or impractical, I hereby attach said State's Exhibit No. 7 to this page of the transcript and certify the same as a part of the record.

*Corinne Hurst*
Corinne Hurst, Circuit Clerk
Lee County



#7



STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 8 is difficult or impractical, I hereby attach said State's Exhibit No. 8 to this page of the transcript and certify the same as a part of the record.

                           Corinne Hurst

                    Corinne Hurst, Circuit Clerk
                    Lee County



#8



STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 9 is difficult or impractical, I hereby attach said State's
Exhibit No. 9 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County





STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 10 is difficult or impractical, I hereby attach said State's Exhibit No. 10 to this page of the transcript and certify the same as a part of the record.

_Corinne Hurst_

Corinne Hurst, Circuit Clerk
Lee County





STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 11 is difficult or impractical, I hereby attach said State's Exhibit No. 11 to this page of the transcript and certify the same as a part of the record.

_Corinne Hurst_

Corinne Hurst, Circuit Clerk
Lee County



#11



STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 12 is difficult or impractical, I hereby attach said State's Exhibit No. 12 to this page of the transcript and certify the same as a part of the record.

Corinne Hurst

Corinne Hurst, Circuit Clerk
Lee County



#12



STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 13 is difficult or impractical, I hereby attach said State's
Exhibit No. 13 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County



#/3



STATE OF ALABAMA

LEE COUNTY

     The Court Reporter having certified that the reproduction of State's
Exhibit No.  14 is difficult or impractical, I hereby attach said State's
Exhibit No. 14 to this page of the transcript and certify the same as a part
of the record.

                              *Corinne Hurst*

                        Corinne Hurst,  Circuit Clerk
                        Lee County





032

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 15 is difficult or impractical, I hereby attach said State's Exhibit No.15 to this page of the transcript and certify the same as a part of the record.

                        Corinne Hurst
                        Corinne Hurst, Circuit Clerk
                        Lee County



# 15



STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 16 is difficult or impractical, I hereby attach said State's Exhibit No. 16 to this page of the transcript and certify the same as a part of the record.

Corinne Hurst

Corinne Hurst, Circuit Clerk
Lee County



#16



STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 17  is difficult or impractical, I hereby attach said State's
Exhibit No. 17 to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corione Hurst, Circuit Clerk
Lee County





STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the State's Exhibit No. 18  is

a ___Ski Mask_____and the reproduction of said exhibit is difficult

or impractical, I hereby certify that the same is on file in the office of the

Circuit Clerk of Lee County.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the State's Exhibit No. [19] is

a   <u>Gun, Clip, & Bullets</u>  and the reproduction of said exhibit is difficult

or impractical, I hereby certify that the same is on file in the office of the

Circuit Clerk of Lee County.

<u>Corinne Hurst</u>

Corinne Hurst, Circuit Clerk
Lee County

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 20 is difficult or impractical, I hereby attach said State's Exhibit No. 20 to this page of the transcript and certify the same as a part of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County



**#20**

## AUBURN DEPARTMENT of PUBLIC SAFETY
## AUBURN POLICE DIVISION

DATE: _7/24/95_

TIME: _0200_

LOCATION: _APD_

### YOUR RIGHTS

I, _Rod Riguez Hugely Gomer_, am now _18_ years of age, born _7/6_, 19 _77_ at _UNKNOWN_. I now reside at _7308 County Rd 82, Lanett AL_. I went to the _12th_ grade in school and I can/cannot read and write.

I have been advised that I must understand my rights before I answer any questions. I have the right to remain silent. Anything I say will be used against me in court. I have the right to talk to a lawyer for advice before I answer any questions and to have him with me during questioning. I have the same right to the advice and presence of a lawyer, even if I cannot afford one. The police cannot furnish me with a lawyer, but one will be appointed for me, if I wish, by the court. If I wish to answer questions now without a lawyer present, I also have the right to stop answering questions at anytime until I talk to a lawyer.

### WAIVER

The above rights have been read (to) (by) me. I understand what my rights are. I am willing to answer questions and make a statement. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure of any kind has been used against me.

SIGNED _Roderius Hugely_

WITNESSED: _Paul Register_

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 21 is difficult or impractical, I hereby attach said State's Exhibit No. 21 to this page of the transcript and certify the same as a part of the record.

                            _Corinne Hurst_

                        Corinne Hurst, Circuit Clerk
                        Lee County

#21

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodriquez Gomez

ADDRESS: 7308 County Ro 87

Date 7/24/85

Page 1 Of 2 Pages

PHONE NUMBER:

My NAME IS Rodriquez Gomez I AM
18 years old AND I can read and
write. I was coming from the
Race track in Tuskegee. I
stopped at the Heart of Auburn
Motel I was By Myself, to
Get A Room to spend the Night,
Because I was Exausted and Hungry.
While I was in there the place
was Robbed By A Man with A
Mask on. He took all the
Money and my Money too. ME
And the owner stayed to give
A Description to the Police, I
was leaving when the Police Got There,
The owner Had Gave me the Key.
I went out the Door to See which
way the Man was Running, And I
told the owner. I Got in my
Car and Left I was Going
to cut a Block and Go to the
Store and come Back to the Room.
When I went Around the Corner
I saw a Guy walking Towards
Auburn University. I passed Him

7/24/85 Rodriquez Gomez
R.G.

FORM CPL11014

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodriquez Gomez          Date 7/24/95

ADDRESS: 7308 County Rio 87, Lanette    Page 2 Of 2 Pages

PHONE NUMBER:

AND STOPPED AT A STOP SIGN. AS I
SIGNALED TO THE COP I TURNED A
PROCEEDED UP THE ROAD THATS WHEN
THE GUY RAN TOWARDS THE CAR I
WASN'T STOPPING BUT HE WAS ABLE
TO OPEN THE DOOR AND JUMP IN.
I SEEN A GUN. I HOLLARD
HE SAID DRIVE I DON'T KNOW
WHO THE GUY WAS THAT JUMPED IN
I WAS SCARED BECAUSE HE HAD THE
GUN. I WENT UP THE STREET
ABOUT A BLOCK AND STOPPED IN A
PARKING LOT AND TOLD THE GUY TO
GET OUT. THE POLICE WERE BEHIND
US AND THE GUY JUST JUMPED OUT AND
RAN OFF. IT HADN'T EVEN CROSSED
MY MIND THAT IT WAS DEWAYNE.
I JUST PUT UP MY HANDS AND TOLD
THE POLICE EVERYTHING I COOPERATED.
LATER ON IN THE POLICE STATION
AN OFFICER TOLD ME IT WAS DEWAYNE
THAT ROBBED HART OF AUBURN. WHEN
WE GOT TO THE POLICE STATION
I SEEN DEWAYNE AND THIS TIME
I RECOGNIZED HIM

7/24/95  Rodriquez Henry G

RR

FORM CPV11014

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's Exhibit No. 22 is difficult or impractical, I hereby attach said State's Exhibit No. 22 to this page of the transcript and certify the same as a part of the record.

_Corinne Hurst_

Corinne Hurst, Circuit Clerk
Lee County



STATE'S
EXHIBIT

#22

## AUBURN DEPARTMENT of PUBLIC SAFETY
## AUBURN POLICE DIVISION

DATE: _7/24/95_

TIME: _0900_

LOCATION: _APD_

### YOUR RIGHTS

I, _RODREGUEZ HUGUEY_, am now _18_ years of age, born
_7/6_, 19 _77_ at _UNKNOWN_. I now reside at
_7308 County Ro 87, Lanett AL_. I went to the _12th_

grade in school and I can/cannot read and write.

I have been advised that I must understand my rights before I answer any questions. I have the right to remain silent. Anything I say will be used against me in court. I have the right to talk to a lawyer for advice before I answer any questions and to have him with me during questioning. I have the same right to the advice and presence of a lawyer, even if I cannot afford one. The police cannot furnish me with a lawyer, but one will be appointed for me, if I wish, by the court. If I wish to answer questions now without a lawyer present, I also have the right to stop answering questions at anytime until I talk to a lawyer.

### WAIVER

The above rights have been read (to) (by) me. I understand what my rights are. I am willing to answer questions and make a statement. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure of any kind has been used against me.

SIGNED: _Rodriguez Huguey_

WITNESSED: _Paul Pigott_

STATE OF ALABAMA

LEE COUNTY

    The Court Reporter having certified that the reproduction of State's
Exhibit No. 23 is difficult or impractical, I hereby attach said State's
Exhibit No. 23 to this page of the transcript and certify the same as a part
of the record.

                                    Corinne Hurst
                            Corinne Hurst, Circuit Clerk
                            Lee County

#23

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodreguez Hubbay     Date 7/24/95

ADDRESS: 7308 County Ro 87, Lanette     Page 1 Of 3 Pages

PHONE NUMBER: 864-7189

My NAME IS RODREGUEZ HUBBAY I AM
18 YEARS OLD AND I CAN READ AND
write. THE REASON I'M MAKING THIS
statement IS BECAUSE I was NERVOUS
THIS MORNING AND I was SCARED; I DON'T
KNOW DEWAYNE was GOING To IMPLEY I
was IN ON THE CRIME WITH HIM. BUT
SINCE HE'S DONE THAT I want To TELL
everything THAT HAPPENED     I was RIDING
AROUND LAFAYETTE IN MY TRUCK WAYNE
STOPPED ME AND SAID LETS GET SOMEBODYS
CAR AND RIDE OUT. I ASKED IF HE
HAD ANY MONEY HE SAID YES.
I KNEW WE COULD GET BILLYS CAR
To RIDE IN THAT EVENING     I THOUGH
WE WERE GOING To LaGRANGE AT FIRST.
DEWAYNE PICKED ME UP AT SPECTRUM,
WHERE I LEFT MY TRUCK AND HE
GAVE ME A RIDE To BILLYS To GET
HIS GRANS AM.     I GOT OUT AND
TOLD BILLY THAT I want To GO RIDE
IN HIS CAR     HE SAID YEA THEN WAYNE
GOT OUT AND BILLY SAID "ALL RIGHT
YALL TAKE IT EASY IN MY CAR AND
HE GAVE ME THE INSURANCE CARD     I

7/24/95  Badge  X Rodriguez Hubbay

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodriguez Hughley

ADDRESS: 738 County Road 87, Charlotte

Date 7/21/95

Page 2 Of 3 Pages

PHONE NUMBER:

Told Him I wouldn't Be driving To give it To Wayne And He did. We went To Tuskegee And Rode Around For A While Maybe 60 minutes It was Getting Late And We decided To Go Back. On The Way Up The Road On The interstate me And Dewayne Got To Fussing I Had Got Mad At Him And Hit Him In The Head. He Got Mad We Stopped In Auburn And I made Him Get out down By Auburn University. I went To The Heart of Auburn Motel, When He Got out of my Car He didn't Have A Gun or Mask With Him. I went In And Paid For my Room While I was In There A Guy In A Ski Mask Came In And pointed A Gun At me And The Cashier The Cashier Gave Him The Money And He Ran out The Door. I Stepped out of The Door To Catch A Glimpse of Him. And After That The Story is Just Like I Said it Before I went The opposite way That The Guy Ran And As I was Going Mound The Street I passed Dewayne, I Ranado

Rodriguez Hughley

AUBURN POLICE DEPARTMENT

STATEMENT OF: Rodreguez Huguey

Date 7/24/95

Page 3 Of 3 Pages

ADDRESS:

PHONE NUMBER:

That He was THE one who ROBBED THE place
I THougHT, I wasn't Going To
Stop for HIM But I stopped for A Stop
Sign and put on my Signal Light. Then
Then THE Police started chasing Him and
He Tried To catch up with THE car as
I was pulling off. Then He
Opened THE Door Himself And Jumped
In I Didn't see money or Anything
I Drove A Block up THE Street,
THE Police Put Their Lights on Me
And I pulled over Thats when
wayne Got out And Ran Again Then
I Just Talked to THE Police
I Didn't make Him Get No money
I Just made Him Get out After
we Had THE Fight

X Rodney Hughey

04ℐ

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 24 is difficult or impractical, I hereby attach said State's
Exhibit No. 24 to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County


STATE'S EXHIBIT #24

**STATE OF ALABAMA**

EDITION W/WHOLE VEHICLE REGISTRATION / TAX AND / TAX RECEIPT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE ACQUIRED (MFR/DEALER) | ACQUIRED FROM | | | | | | |
| 000000 | | | | | | | |

| ORIGINAL COUNTY NO | CHAMBERS | | | | | | CTYS | 12 | CTY CODE | 01 | TAG YEAR | | LAST MO/DT | MO/DT IAT INIT/DT | LAST YEAR INIT/DT | 0006923 | CURRENT YEAR INIT/DT | 12-0014762 |

VEHICLE IDENTIFICATION NO
1N6ND11S2HC334022

| MAKE | NISS | YEAR | 87 |
| MODEL | HARDBODY PU |
| BODY | PU | CLASS | 184 | COLOR | MAR |

ASSESSED VALUE 340

| THEFT CHG A | LICENSE FEE 9.66 | APV FEP | COUNTY CITY | AMT. FEE |

HUGULEY RODRIGUES G

7308 COUNTY RD 07
, LANETT        AL    36863

SIGN HERE ➡

| CTY CODE | 01 | TAG YEAR | NO. OF MOS | | PRIOR YEAR | MO/DT IAT INIT/DT | STATE | 12AWS82 | PC |
| | | 12 | 12 | 12 | | | CURRENT TAG/EXPIRES 4/96 | MO/DY MO TYPE MAY,96 |
| FOR INDIVIDUAL | TAG | TAG | TAG | TIMOU | CHKD/WO INIT/INITE | CURRENT INIT STATE | NEW/TRN ISS MON |
| 12 | 12 | 12 | | | | | |
| SCHOOL | STATE BTAX | COUNTY BTAX | TAX AREA CODE 1 | FIELD FEE | CITY BTAX | | TOTAL SALES TAX |
| HEALTH | HI MA TV | | | | AD VALOREM PENALTY | AD VALOREM INT/EXP | TOTAL AD VALOREM TAX 11.05 |
| 1.39 | 24.25 | | | | | TITLE TAX 24.25 | TOTAL TAG & FEE 35.30 |
| MO & FEE | | | | | | MAN TTF | ISSUE FEE |

ASSESS- 202960
TT- PU
CC-
INIT- DP
RPL-

| DATE OF ISSUE | TIME/DATE ISSUE |
| 5/31/95 | |

JOHN T. CROWDER
JUDGE OF PROBATE

| TOTAL ISSUED | TOTAL PAID 35.30 |

J0103460

LICENSEE OR APPLICANT: I HEREBY CERTIFY THAT I HAVE READ AND UNDERSTAND ALL OF THE INFORMATION CONTAINED HEREON AND THAT IT IS TRUE AND CORRECT.

**STATE OF ALABAMA**
**CHAMBERS COUNTY.**

I, John T. Crowder Judge of Probate in and for the county and state aforesaid hereby certify that the Probate Court of Chambers County is a court of record, that said court has a seal; that I am the keeper and ex-officio the clerk of said court and as such officer I am the keeper and custodian of the seal of said court and also the records thereof, and I am, therefore, the proper authority to make this affidavit, and I therefore, hereby, certify that the within instrument is a true and correct copy thereof. No exight

Given under my hand this the 25th day of August 1995

John T. Crowder
Judge of Probate

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 25 is difficult or impractical, I hereby attach said State's
Exhibit No. 25 to this page of the transcript and certify the same as a part
of the record.

Corinne Hurst, Circuit Clerk
Lee County

EXHIBIT
#25

**\*\*\* HEART OF AUBURN MOTEL \*\*\***

333 S. COLLEGE ST.                                    AUBURN, AL 36830
Phone 205-887-3462  FAX/205-887-5564    RES 1-800-843-5634

| room | folio number | arrival date | date |
|------|-------------|-------------|------|
| 246  | 17860HC     | 23jul95     | 24jul95 |

name/address
HUGULEY/RODREGUES
7308 CO RD 87
LLANETT, AL  36863

| date | description | item | amount |
|------|-------------|------|--------|
|      |             | BALFRD | 0.00 |
| 23jul95 | POST     | RMCHRG | 28.00 |
| 23jul95 |          | RMTAX | 2.24 |
|      | TOTAL       | DUE  | 30.24 |
| 24jul95 | PAYMENT  | CASH | -30.24 |
| 24jul95 | BALANCE  | DUE  | 0.00 |

| room | name | vipno | ar:23jul95 |
|------|------|-------|------------|
| 246  | HUGULEY/RODREGUES | | dp:24jul |

| group | pr | rate | beds | kind | smk | adj | rollawy | kids | gtd? |
|-------|-----|------|------|------|-----|-----|---------|------|------|
|       | RA | 28.00 | DD1 | P | | | | 0 | WA |

address   7308 CO RD 87
          LANETT              AL 36863
company              AL 6186375

travel agent
credit card:
deposit:  0.00  due:
phone:              Group:              status:*
biz-type B taxcpt   F    checkin time 00:54  res_nites= 1
date booked: 07/24/95    reservation nbr: 17860HC
comment
Credit Card:                  Exp:
Notes:

**\*\*\* HEART OF AUBURN MOTEL \*\*\***

333 S. COLLEGE ST.                    AUBURN, AL 36830
Phone 205-887-3462 FAX/205-887-5564    RES 1-800-843-5634

| room | folio number | arrival date | date |
|------|--------------|--------------|------|
| 246 | 17860HC | 23jul95 | 24jul95 |

name/address
HUGULEY / RODREGUES
7308 CO RD 87
LANETT, AL  36863

| date | description | item | amount |
|------|-------------|------|--------|
| | | BALFRD | 0.00 |
| 23jul95 | POST | RMCHRG | 28.00 |
| 23jul95 | | RMTAX | 2.24 |
| | TOTAL | DUE | 30.24 |
| 24jul95 | PAYMENT | CASH | -30.24 |
| 24jul95 | BALANCE | DUE | 0.00 |

**\*\*\* HEART OF AUBURN MOTEL \*\*\***

Name  HUGULEY / RODREGUES          Rate$  28.00

Address  7308 CO RD 87

City  LANETT              State AL  Zip 36863

Company  AL 6186375

Phone no.              Depart: 24jul95

| Car make | Lic. | St |
|----------|------|-----|
| ** Not reponsible for valuables left in car or room. ** |||
| ** No parties. No rooms rented to minors.        ** |||
| ** I agree to be personally responsible for charges ** |||
| ** not paid by designated person or company.     ** |||

SIGNATURE: X
** Check out time NOON ** THANK YOU FOR YOUR BUSINESS

RESNO:17860 Room #246 Arrival Date:23jul95 HC

043

STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's
Exhibit No. 26  is difficult or impractical, I hereby attach said State's
Exhibit No. 26 to this page of the transcript and certify the same as a part
of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County





STATE OF ALABAMA

LEE COUNTY

The Court Reporter having certified that the reproduction of State's Exhibit No. 27 is difficult or impractical, I hereby attach said State's Exhibit No. 27 to this page of the transcript and certify the same as a part of the record.

*Corinne Hurst*

Corinne Hurst, Circuit Clerk
Lee County



STARKS EXHIBIT
#27



IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA,                    *
                                     *
v.                                   *    CASE NO. CC 95-741
                                     *
RODRIGUES G. HUGULEY,                *
                                     *
        Defendant.                   *

ORDER

Sentencing hearing in this case, set for October 26 is continued to **November 2, 1995, at 8:00 A.M.** in Courtroom Number 4, Lee County Justice Center, Opelika, Alabama.

Done and Ordered this 28th day of September, 1995.

_____
Robert M. Harper
Circuit Judge

Copy to:
    Ronald L. Myers
    Charles R. Gillenwaters

FILED
SEP 2 9 1995
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT CLERK OF LEE COUNTY
AT OPELIKA, ALABAMA

STATE OF ALABAMA,      )
                       )
VS.                    )      CASE NO.   CC-95-741
                       )
RODRIQUES G. HUGULEY,  )
                       )
        Defendant.



## MOTION FOR NEW TRIAL

THE DEFENDANT moves this Court to set aside the verdict, returned herein on the 29th day of August, 1995, and subsequent Judgment and sentencing on November 2, 1995, and to grant a new trial on the following grounds:

(1)    The verdict is contrary to the evidence.

(2)    The verdict is strongly against the weight of the evidence.

(3)    Upon the Jury returning to the courtroom and the foreman asking for a re-charge, at approximately 3:15, Juror, Bill English, did communicate to witness, Detective Paul Register, Chief Investigator of case, concerning deliberation before returning to the jury room. Subsequently, at 4:00 a.m. the Jury returned. A verdict of guilty against the Defendant.

DONE this the 10th day of November, 1995.

_____
Charles R. Gillenwaters - GIL002

Counsel's Address:

126 Marshall Street
Alexander City, AL   35010
   205-234-5018

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to: Ronald L. Myers, P.O. Box 2524, Opelika, AL 36801, on this the 10th day of November, 1995.

Of Counsel

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA,        *
                          *
v.                       *    CASE NO. CC 95-741
                          *
RODRIQUES G. HUGGULEY,    *
                          *
     Defendant.          *

## ORDER

The MOTION FOR NEW TRIAL filed by the Defendant is DENIED.

Done and Ordered this 16th day of November, 1995.



_____
Robert M. Harper
Circuit Judge

Copies to:
     Ronald L. Myers
     Charles R. Gillenwaters
     Sheriff Herman Chapman

FILED

NOV 17 1995

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY,
## AT OPELIKA, ALABAMA

RODRIQ UES  G. HUGULEY,      )
                          )
              Appellant,     )
   vs.                       )
                          )     CASE  NO. CC  95-741
THE STATE OF ALABAMA,      )
                          )
             Appellee.     )

F I L E D

DEC 2 7 1995

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## NOTICE OF APPEAL

Notice is hereby given that the Appellant, Rodriques G. Huguley,

through his attorney, appeals to the Alabama Court of Criminal Appeals from

the judgment of conviction, and denial of a Motion for a New Trial, in the

Circuit Court of Lee County, Alabama entered on the 16th day of November

1995, adjudging the appellant to be guilty of the offense of robbery.

                              Respectfully submitted,

Dated:  December 26, 1995

                              Charles S. Conley,
                              Attorney for the Appellant
                              315 South Bainbridge Street
                              Montgomery, Alabama 36104
                              (334) 269-2361 or (334) 264-8332

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of a Notice of Appeal on behalf of the Appellant in the above case to   Hon. Corinne Hurst,   Clerk of the Circuit Court of Lee County , 2311 Hamilton Road,  The Lee County Justice Center, Opelika, Alabama, via U.S. Mail, Postage prepaid first class, this  26th day of December, 1995

_____
Of Counsel

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA
CRIMINAL DIVISION

FILED
MAR 1 5 1996
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

STATE OF ALABAMA,              *
                              *
v.                            *    CASE NO. CC 95-741
                              *
RODRIQUES G. HUGULEY,         *
                              *
        Defendant.            *

## MOTION FOR EXTENSION OF TIME

Comes now the Court Reporter in the above styled cause and pursuant to Rule 11(c) of the Alabama Rules of Criminal Procedure, moves the Court for an extension of time to complete the reporter's transcript of the proceedings in this case.

_____
Willie T. Bennett
Court Reporter

## ORDER

The above motion having been read and considered by the Court, it is

ORDERED, ADJUDGED AND DECREED that an extension of time to complete the reporter's transcript of proceedings in this case is hereby granted for 28 days (4 weeks) from the date hereof.

Done this 21st day of February, 1996.

_____
Robert M. Harper
Circuit Judge

FILED
MAR 1 5 1996
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

AP 14-3 Certificate of Completion and Transmittal of Record on Appeal by Trial Clerk

## CERTIFICATE OF COMPLETION AND TRANSMITTAL
## OF RECORD ON APPEAL BY TRIAL CLERK

RODRIQUES G HUGULEY
Appellant

V.

State of Alabama
Appellee

TO: The Clerk of the Court of
Criminal Appeals of Alabama

Case No. ____CC 95 741____

Date of Notice of Appeal ____12-27-95____

    I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) ( ____2____ volumes of 200 pages each and one volume of ___79___ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

    I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this ____21ST____ day of __MARCH_____ , 19 __96__ .

_____
Circuit Clerk

__Lee_____
County

STATE OF ALABAMA
IN THE CIRCUIT COURT FOR THE COUNTY OF LEE
THIRTY-SEVENTH JUDICIAL CIRCUIT
CRIMINAL

THE STATE OF ALABAMA,

     PLAINTIFF,

  VS.                CASE NO. CC-95-741

RODRIGUES G. HUGULEY,

     DEFENDANT

## REPORTER'S OFFICIAL TRANSCRIPT ON APPEAL

Before:

> HON. ROBERT M. HARPER, Circuit Judge, and
> a jury, in the Courtroom Number Four of
> the Lee County Justice Center located at
> Opelika, Alabama, on the 28th of
> August, 1995, and being concluded on the
> next day.

## A P P E A R A N C E S

HON. RONALD L. MYERS, District Attorney for
the 37th Judicial Circuit of Alabama, and HON.
VANCE NICHOLAS ABBETT, Assistant District Attorney
for the 37th Judicial Circuit of Alabama, Opelika,
Alabama, appearing for the State of Alabama.

HON. CHARLES R. GILLENWATERS, Attorney at Law,
appearing for the Defendant.

2

I N D E X

PAGE

STATE'S WITNESSES:

HARRY CARPENTER:
    Direct Exam by Mr. Abbett    44
    Cross Exam by Mr. Gillenwaters    67
    Redirect Exam by Mr. Abbett    75
    Recross Exam by Mr. Gillenwaters    80
    Further Redirect by Mr. Abbett    82

MICHAEL K. HORNE:
    Direct Exam by Mr. Abbett    84
    Cross Exam by Mr. Gillenwaters    100
    Redirect Exam by Mr. Abbett    107

M. L. RICKS:
    Direct Exam by Mr. Abbett    109
    Cross Exam by Mr. Gillenwaters    126
    Redirect Exam by Mr. Abbett    133

B. J. JONES:
    Direct Exam by Mr. Abbett    135

BRYAN BOTEET:
    Direct Exam by Mr. Abbett    138

PAUL REGISTER:
    Direct Exam by Mr. Abbett    143
    Cross Exam by Mr. Gillenwaters    156

WILLIAM RAMSEY:
    Direct Exam by Mr. Abbett    164
    Cross Exam by Mr. Gillenwaters    167

JODIE HILLYER:
    Direct Exam by Mr. Abbett    169
    Cross Exam by Mr. Gillenwaters    176
    Redirect Exam by Mr. Abbett    185
    Recross Exam by Mr. Abbett    187
    Further Redirect by Mr. Abbett    191

BILLY ASBERRY:
    Direct Exam by Mr. Abbett    196
    Cross Exam by Mr. Gillenwaters    201

2

I N D E X (CONTINUED)

PAGE

STATE'S WITNESSES CONTINUED:

DEWAYNE P. CLARK:
Direct Exam by Mr. Abbett                  204
Cross Exam by Mr. Gillenwaters             212
Redirect Exam by Mr. Abbett                246

BETH FRISK:
Direct Exam by Mr. Abbett                  256
Cross Exam by Mr. Gillenwaters             262
Redirect Exam by Mr. Abbett                266
Recross Exam by Mr. Gillenwaters           266

PAUL REGISTER (RECALLED):
Redirect Exam  by Mr. Abbett               278
Recross Exam by Mr. Gillenwaters           298

DEFENDANT'S WITNESSES:

CORNELIUS REESE:
Direct Exam by Gillenwaters                310
Cross Exam by Mr. Abbett                   316

GLENDA BROOKS:
Direct Exam by Mr. Gillenwaters            318

JAMES RICE:
Direct Exam by Mr. Gillenwaters            321

MELINDA WHITE:
Direct Exam by Mr. Gillenwaters            325

MORRIS LEWIS:
Direct Exam by Mr. Gillenwaters            328
Cross Exam by Mr. Abbett                   330

DEANNE HAND:
Direct Exam by Mr. Gillenwaters            331
Cross Exam by Mr. Abbett                   336

4

I N D E X (CONTINUED)

                                                              PAGE

DEFENDANT'S WITNESSES CONTINUED:

        RODRIGUES G. RUGULEY:
              Direct Exam by Mr. Gillenwaters          345
              Cross Exam by Mr. Abbett                 373

COURT'S CHARGE:                                        391

SENTENCE HEARING:                                      422

REPORTER'S CERTIFICATE:                                426

5

## E X H I B I T S

STATE'S EXHIBITS:

| NUMBER | MARKED | ADMITTED |
|--------|--------|----------|
| 1 | 54 | 54 |
| 2 | 51 | 51 |
| 3 | 76 | 76 |
| 4 | 76 | 76 |
| 5 | 115 | 115 |
| 6 | 119 | 119 |
| 7 | 276 | 276 |
| 8 | 141 | 141 |
| 9 | 141 | 141 |
| 10 | 141 | 141 |
| 11 | 124 | 124 |
| 12 | 124 | 124 |
| 13 | 148 | 148 |
| 14 | 146 | 146 |
| 15 | 151 | 151 |
| 16 | 151 | 151 |
| 17 | 153 | 153 |
| 18 | 166 | 166 |
| 19 | 166 | 166 |
| 20 | 283 | 283 |
| 21 | 286 | 286 |
| 22 | 290 | 290 |
| 23 | 292 | 292 |
| 24 | 155 | 155 |
| 25 | 49 | 49 |
| 26 | 52 | 52 |
| 27 | 385 | 385 |

6

P R O C E E D I N G S

THE COURT: The Court is calling for trial the case of State of Alabama versus Rodrigues Huguley, case number 95-741.

Ladies and gentlemen, I'm going to read this indictment to you and then ask you some qualifying questions, so give me your attention while I do that.

The Grand Jury of Lee County charge that before the finding of this indictment, Rodrigues G. Huguley, alias Rodrigues Gomez Huguley, alias Rock, alias Oaky, whose true Christian name is otherwise unknown to the Grand Jury, did in the course of committing a theft of lawful paper currency of the United States of America, the exact denominations of which are unknown to the Grand Jury, the property of Heart of Auburn Motel Corporation,

a corporation, use force or threaten the imminent use of force against the person of Harry Carpenter, with intent to overcome his physical resistance or physical power of resistance or to compel acquiescence to the taking of or escaping with the said property, while the said Rodrigues G. Huguley or another participant, to-wit: Dewayne P. Clark, was armed with a deadly weapon or a dangerous instrument, to-wit: a pistol, in violation of Section 13A-8-41 of the Code of Alabama, against the peace and dignity of the State of Alabama. This indictment charges the offense known as robbery in the first degree. The Defendant has entered a plea of not guilty.

Now I'm going to ask you some qualifying questions that will be very similar to the questions that I think Judge Gullage just asked you. I know they duplicate to some

8

extent what he asked you but we're required to
ask these qualifying questions on the record

in the presence of the Defendant before each
case is started and that's the reason for that

duplication. So just bear with me on that.

Now if any of these questions apply

to you please let me know by raising your hand
or if you don't want to reply out loud to any

of the questions that I ask you or that the
lawyers ask you, I'll give you a chance to

come around and reply quietly here at the
bench in a few minutes.

Have any of you been indicted within
the last twelve months for the offense of

robbery in the first degree?


(No response.)


THE COURT: Were any of you a member of

9

the Grand Jury which indicted this Defendant,
and that's the Grand Jury that met in July of
this year?

(No response.)

THE COURT:    Do any of you have any
interest in either the conviction or the
acquittal of this Defendant?

(No response.)

THE COURT:  Have you made any promises or
given any assurances that you would either
convict or acquit this Defendant?

(No response.)

THE COURT:    Do you  know anything about

19

this case that would influence your verdict in any way?

(One response.)

THE COURT:    All right, sir.    And what's your name?

A VENIRE MEMBER:  Steve McFarland.

THE COURT:    Okay.    I'll get you up in just a minute and we'll go into that, Mr. McFarland.

Do any of you have a fixed opinion as to the guilt or the innocence of this Defendant?

(No response.)

THE COURT:    Are any of you a surety on the Defendant's bond?

11

(No response.)

THE COURT:   Are any of you  a witness in this case?

(No response.)

THE  COURT:   Has  anyone  talked  to  you about this case?

(No response.)

THE  COURT:  Do  any of you  have a fixed opinion against penitentiary punishment?

(No response.)

THE  COURT:   Do  you  think  that  a conviction should not be had on circumstantial

12

evidence?

(No response.)

THE COURT:    Are any of you related by blood or marriage  to the Defendant, Rodrigues Huguley?

Would you stand briefly and face the jury, Mr. Huguley?

(No response.)

THE COURT:    All right.    You may be seated.

Are any of you related by blood or marriage to  the alleged victim  in this  case and that is Harry Carpenter?

(No response.)

13

THE COURT: Are any of you agents, servants, employees or stockholders of the Heart of Auburn Motel Corporation?

(No response.)

THE COURT: Are any of you related by blood or marriage to the District Attorney Ron Myers or to any of his assistants, Nick Abbett, Kenny Wilkes, Gail Meek, Walter Northcutt or Margaret Mayfield?

(No response.)

THE COURT: Are any of you related by blood or marriage to Charles Gillenwaters, the attorney for the Defendant who practices law in Alex City?

14

(No response.)


THE COURT:    And  finally,  do any  of you
know  of any reason why you could not serve as
an impartial  juror in the trial  of this case
and render a fair and impartial verdict either
for the State or for the Defendant?


(No response.)


THE COURT:    All right.    Now the lawyers
have  the right  to ask  you questions  to get
information that will assist them in selecting
this jury, ladies and gentlemen. What I  have
said  with reference  to my  questions applies
equally to  theirs so please let  them know if
any of these questions apply to you.

Mr. Abbett?

MR.  ABBETT:    Thank  you,  Your  Honor.