IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RODRIGUES HUGULEY, #184418, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-CV-333-WKW [WO] |
| | ) | |
| SYLVESTER FOLKS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 46), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, that the 28 U.S.C. § 2254 petition is DENIED as Petitioner failed to file his petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1), and that this case is DISMISSED with prejudice.

DONE this 11th day of February, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE